

To: appealstranscripts@flsd.uscourts.gov, Joseph_Millikan@flsd.uscourts.gov,
Cc:
Bcc:
Subject: Simultaneous Transcript Access Designation Form
From: "Jerald M. Meyers" <crjm@aol.com> - Sunday 09/08/2013 06:03 AM

```
[attachment "braden.pdf" deleted by Alisha Beasley-Martin/FLSD/11/USCOURTS]
From: Jerald M. Meyers <crjm@aol.com>


New Simultaneous Transcript Access Designation Form

Submitters Name:   Jerald M. Meyers

Submitters Email:   crjm@aol.com
Case Number:    13-CR-60222-HURLEY
Case Style:   U.S.A. vs. Braden Jairo Escobar

Access rights are granted to the following attorney(s) of record: THE HON.
U.S. DISTRICT COURT JUDGE DANIEL T.K. HURLEY

Signature of court reporter:   S/Jerald M. Meyers
Date: September 8, 2013
Uploaded Transcript:   braden.pdf
```