# CRIMINAL COURT MINUTES
## U.S. Magistrate Judge William Matthewman

Page: 1

| Courtroom Number # 2 | Date: 09/30/2013 | Time: 10:00 am |

Defendant: BRANDEN JAIRO ESCOBAR J   J#: Deft Not Req'd   Case #: 13-60222-CR-Hurley/Hopkins

AUSA: MICHAEL WALLEISA  LAUREN JORGENSEN   Attorney: RICHARD MERLINO, JR. (RET.) SCOTT SAUL

Violation: 18: 922(a), 924(a)(1)(A)   Agent:

Proceeding: STATUS DISCOVERY CONFERENCE   CJA Appt:

FILED by ___ D.C.
SEP 30 2013
STEVEN M. LARIMORE
CLERK U.S. DIST CT.
S.D. OF FLA. - W.P.B.

Bond/PTD Held: ◯ Yes   ◯ No   Recommended Bond:

Bond Set at: $250,000 CSB WITH NEBBIA & $500,000 PSB (BSS)   Co-signed by:

- [ ] All standard conditions
- [ ] Surrender and/or do not obtain passport/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services and/or treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ p.m. to ___ a.m., paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Language: ENGLISH

Disposition: GOVERNMENT PRESENT DEFENSE COUNSEL NOT PRESENT PASS CASE – AUSA WILL CALL CASE RECALLED SCOTT SAUL STANDS IN - COUNSEL INFORM THE COURT THAT DISCOVERY IS COMPLETE, NO MOTIONS PENDING, LIKELY PLEA; IF TRIAL, 5 DAYS TO COMPLETE

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond:

Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 10:08:58/10:09:28/10:43:55/ 10:44:50   Time in Court: 10:08–10:09 10:43–10:47 AM (5 MINS)

Courtroom Deputy: Kenneth J. Zuniga