TO: THE HONORABLE DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE

FILED by _____ D.C.
SEP 3 0 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

RE: UNITED STATES OF AMERICA v. __BRANDEN JAIRO ESCOBAR__
CASE NO. __13-60222-CR-Hurley/Hopkins__

THIS CAUSE came on for Pre-Trial Status Conference on __SEPTEMBER 30, 2013__

The parties report as follows

__✓__ There are no pending motions for pre-trial determination

_____ The following motions are pending before the assigned Magistrate Judge:

_____
_____
_____

_____ The following motions are pending and appropriate for resolution by the District Court at time of trial:

_____
_____
_____
_____

__✓__ There are no discovery problems.

__✓__ The case is likely to settle by plea.

_____ The case is ready for trial and not likely to settle by plea.

_____ The parties estimate trial will take _____ days to complete.

__✓__ Other comments: _Defense counsel is setting a change of plea date before Jdg. Hopkins._

Respectfully submitted,

_/s/ William Matthewman_
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

cc: District Judge
    U.S. Attorney's Office
    Defendant