UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60222-Cr-Hurley/Hopkins

UNITED STATES OF AMERICA

    Plaintiff,

VS.

**BRADEN JAIRO ESCOBAR (J) #03830-104,**

    Defendant.

FILED by _____ D.C.
OCT - 1 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## NOTICE OF HEARING

TYPE OF CASE:   ( ) CIVIL   (XX) CRIMINAL

(XX) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

PLACE:
**U.S. DISTRICT COURT
701 CLEMATIS STREET
WEST PALM BEACH, FLORIDA**

ROOM NO.:
**COURTROOM 2, 4TH FLOOR**

DATE AND TIME:
**OCTOBER 7, 2013 @ 2:00 P.M.**

TYPE OF PROCEEDING:

CHANGE OF PLEA

( ) TAKE NOTICE that the proceeding in this case has been **continued** as indicated below:

PLACE:   DATE/TIME PREVIOUSLY SCHEDULED:   CONTINUED TO, DATE AND TIME:

JAMES M. HOPKINS
U.S. MAGISTRATE JUDGE

DATE: October 1, 2013

Tanya McClendon
(BY) MAGISTRATE COURTROOM DEPUTY

TO:

RICHARD MERLINO (RETAINED)
UNITED STATES ATTORNEY (MICHAEL WALLEISA)
UNITED STATES MARSHAL
UNITED STATES PROBATION & PRETRIAL SERVICE