UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60222-CR-HURLEY (s)
18 U.S.C. § 922(a)(1)(A)

UNITED STATES OF AMERICA

vs.

BRADEN JAIRO ESCOBAR,

          **Defendant.**
_____/

FILED by _____ D.C.

OCT - 7 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT 1

From on or about September 6, 2010, and continuing to on or about January 31, 2013, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**BRADEN JAIRO ESCOBAR,**

without having first applied for and received a federal firearms dealers license from the Attorney General or his delegate, did willfully engage in the business of dealing in firearms and in the course of such business did ship and transport firearms in interstate commerce, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a) and 924(a)(1)(D).

_/s/ Cynthia Stone_
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_/s/ Michael Walleisa_
MICHAEL WALLEISA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

BRADEN JAIRO ESCOBAR,

                **Defendant.**
_____/

CASE NO. 13-60222-CR-HURLEY

## CERTIFICATE OF TRIAL ATTORNEY*

**Case Information:**

**Court Division:** (Select One)

___ Miami  ___ Key West
_x_ FTL    ___ WPB    ___ FTP

New Defendant(s)          Yes ___   No _X_
Number of New Defendants        0
Total number of counts          1

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   _No_
   List language and/or dialect

4. This case will take   _0_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                        (Check only one)
   I    0 to  5 days      _X_       Petty
   II   6 to 10 days      ___       Minor      ___
   III  11 to 20 days     ___       Misdem.    ___
   IV   21 to 60 days     ___       Felony     _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)   _YES_
   If yes:
   Judge: _HURLEY_                                 Case No. _13-60222-CR-HURLEY_
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)   _YES_
   If yes:
   Magistrate Case No.                 _13-6398-BSS_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   _08/20/2013_
   Defendant(s) in state custody as of    _____
   Rule 20 from the District of           _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to September 1, 2007?   ___ Yes   _X_ No

                                                    _/s/ Michael Walleisa_
                                                  MICHAEL WALLEISA
                                                  ASSISTANT UNITED STATES ATTORNEY
                                                  Florida Bar / Court Number 539570

*Penalty Sheet(s) attached                                                      REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: BRADEN JAIRO ESCOBAR            Case No: 13-60222-CR-HURLEY

Counts #: 1

Dealing in Firearms Without A License

18 U.S.C. § 922(a)(1)(A)

*Max. Penalty: 5 years', $250,000 fine, 3 years supervised release.

Counts #:2

-

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.