UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __13-60222-Cr-Hurley/Hopkins(s)__

UNITED STATES OF AMERICA,
       Plaintiff,

vs.

BRADEN JAIRO ESCOBAR,

       Defendant.
_____/

FILED by _____ D.C.
OCT - 7 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ARRAIGNMENT ON THE SUPERSEDING INFORMATION AND CHANGE OF PLEA MINUTES

      On __October 7, 2013__ the above named defendant appeared in person before the Honorable __James M. Hopkins__, United States Magistrate Judge, with __Jeffry Voluck and Richard Merlino__, counsel __retained__ and said defendant, stated in open court that __he__ desired to withdraw the plea of Not Guilty heretofore entered and desired to enter a plea of Guilty as to Count(s) __1__, of the __Superseding Information__.

      After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of Guilty and found the defendant guilty as charged. Whereupon:

( )    The Court proceeded to pronounce sentence. (See J&C)

(x)    The Court postponed sentencing until :
        ***Sentencing Date to be set by Judge Hurley's Chambers***

( )    The defendant being allowed to remain on bond until sentencing.

( )    The defendant being remanded to the custody of the U. S. Marshal Service until a
        _____ bond in the amount of $_____ is approved and posted.

(x)    The defendant being remanded to the custody of the U. S. Marshal awaiting sentencing.

The U. S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

Judge: __USMJ James M. Hopkins__
Court Reporter: __Dulce Ortiz__
Interpreter : _____
AUSA: __Michael Walleisa__
Courtroom Deputy: __Tanya McClendon__

Reading of Indictment Waived
Not Guilty plea entered
~~Jury trial demanded~~
~~Standing Discovery Order requested~~