AO 455 (Rev. 01/09) Waiver of an Indictment

FILED by _____ D.C.

OCT - 7 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   13-60222-CR-HURLEY(s) |
| BRADEN JAIRO ESCOBAR | ) | |
| | ) | |
| _Defendant_ | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/7/13

_Braden Escobar_
Defendant's signature

_[signature]_
Signature of defendant's attorney

BRADEN JAIRO ESCOBAR
Printed name of defendant's attorney

_James M. Hopkins_
Judge's signature

USMJ James M. Hopkins
Judge's printed name and title