# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 13-60222-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

BRADEN JAIRO ESCOBAR,
    Defendant.
_____/

### NOTICE SETTING SENTENCING

By direction of the **Honorable Daniel T. K. Hurley**, United States District Judge, **YOU ARE HEREBY ORDERED** to appear at the United States Courthouse, Courtroom No. 5, 701 Clematis Street, West Palm Beach, Florida on **Wednesday, December 18, 2013, at 2:30 p.m.** for imposition of sentence. You will receive no further notice.

**IT IS FURTHER ORDERED** that a Presentence Investigation and Report (PSI) be completed. Defense Counsel shall report IMMEDIATELY to the United States Probation Office of the Court for interview and further instructions. IF ON BOND, the defendant shall also report to the United States Probation Office.

**IT IS FURTHER ORDERED** that the United States Attorney's Office shall immediately provide the United States Probation Department with the necessary information to prepare the Prosecution version of the Presentencing Report.

**copy furnished**:
AUSA Michael G. Walleisa
Richard A. Merlino, Jr.
United States Probation Office
United States Marshal's Service

James E. Caldwell, Sr.
Courtroom Deputy

DATE: October 17, 2013