October 26, 2013

Honorable Judge Hurley, United States Court:

Your Honor,

I come to you as a Christian man humbled, shamed and full of sorrow for what I have done. Due to my obsession with the shooting sports I allowed my passion to tempt me and break the law. As a consequence I have let down my Lord and Saviour, my family and this country (United States) that I love and would die for.

The time incarcerated, leading me to lose my freedom has made me reflect deeply on my love for country, family and God. Each day I think of what I did and cannot find myself to forgive myself. My life has been a living hell in jail and if it were not for my faith in God and the support of my loving family I don't know how I could survive emotionally.

In such an awful situation I have asked God and family to forgive me. Now I ask my country to forgive me and mercy from the court. Your Honor please allow me to return to my family so I can be a better citizen, a better father to my little son, a better husband to my wife, a better son to my parents and a better man to society. Allow me to restore my trust and my dignity through hard work and by providing to the less fortunate.

The well being of my family and my business as well as those who work for me depend on the United States and its clients that travel with me. Please give me once again the opportunity to serve in my church, to continue ocean and resource conservation practices through my work and to raise my son. My family and workers are going through terrible hardship without me. My 3 year old son is sad and prays each day with his mother that Daddy comes home soon. Let me be there for my son, don't let me spend Christmas or another birthday without my son please.

As a grown man and a US Citizen I take full responsibility for my actions. Please help me bring closure to one of the darkest moments of my life. Never again do I wish to offend my country in any way. I hope to make it up to God, country and family by going on to be a more productive, positive and loving member of society and a better man of God.

Thank you and God bless you

Bradon Escobar