Braden, Luis & Friends



Father-in-law



Braden, Kacy, Friends

Braulau, Risha, baby, Carlos, Nancy



Sister-in-law      Brother-in-law
niece



Braulau, Nancy's family

Shannon Meli Brother
sister w/f



2012



Brandon Franky Marly
son wife

Mamor,
Unas cuantas fotitos para
recordar el nacimiento
de la Camma.
Disfrutalos y recuerdala con
aaamoorrr!!!...
...que ella era eso...

Oct. 3/2013



3010

Brandon, Grandpa, Aunt Jean
2011





French son, step-granddaughter son   mother, wife



Dec. 3. 2011

Braden, Franky, Bauber      son      mother



Dec. 2010

Dec, 2010

Mary Franky Braden
wife son

Shannon sister

Juan Pablo, brother in law Mary, Franky Braden
Carla, sister in law with son

December 2010

Saul, Victoria, Cristina - friends Braden





Victorie
Friend

Alma, Clarissa, Cristina, Braden, Shannon
Sister
Dec. 2010

Braden, father, son, brothers

2011



Luis, Beau T, Gilberto, Frank, Brandon, Alejandro



Brandon, Brionna, Beverly
5/5/00 2011

07-3011





Daddy / Franky son



| | |
|---|---|
| Subject: | Felices Fiestas! |
| From: | Mery Segovia (merysegovia@hotmail.com) |
| To: | |
| Date: | Thursday, December 20, 2012 1:43 PM |

Queridos familiares y amigos,
Reciban esta tarjeta con todo nuestro cariño...Que tengan unas felices fiestas!!!
Un abrazo,
**Mery Segovia R.**

Dec, 2012

El mejor de todos los regalos alrededor de cualquier árbol
de Navidad es la presencia de una familia feliz...
Feliz Navidad y que este 2013 venga cargado
de prosperidad para ustedes y sus seres queridos.

Braden Franky Mary
son wife

Brodyn Franky Moey
son wife

2013



2012



BRaden, FRanky
son



2012          Braden, Franky son

2012        Braeden, Franky son



Braeden, Franky son



2012



Braden  Grayson
son



2013

2013



Braden, Franky, Daniel
son        Friend



Franky Son Braden

2013

Sandee Mother, Barbara





Sandee Mother, Barbara

2013

Brandon Franky Sr.

