UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   13-60222-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

BRADEN ESCOBAR,
    Defendant.
_____/

## NOTICE OF FILING

COMES NOW the Defendant, BRADEN ESCOBAR, by and through undersigned attorney, and files this Notice of Filing, to wit:

1. LETTER FROM BRADEN TO THE JUDGE
2. PHOTOS OF BRADEN AND HIS FAMILY

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk using CM/ECF and furnished to all parties of record this 20th day of November, 2013.

Respectfully submitted,

RICHARD MERLINO, P.A.
101 N.E. Third Avenue, Suite 1430
Fort Lauderdale, Florida  33301
Telephone:  954-467-8989
Facsimile:   954-745-7698
E-Mail:   richmerlinoesq@gmail.com


/s/   *Richard Merlino*
RICHARD MERLINO
Florida Bar No.:  0977640