UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:    13-60222-CR-HURLEY

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

BRADEN ESCOBAR,
        Defendant.
_____/

## NOTICE OF FILING CHARACTER LETTERS

COMES NOW the Defendant, BRADEN ESCOBAR, by and through undersigned

attorney, and files this Notice of Filing, to wit:

1. Sandra Escobar-Mother
2. Gilberto Escobar- Father
3. Luis Gilberto Escobar- Brother
4. Brent Escobar-Brother
5. Shannan Penaloza-Sister
6. Mery Segovia R.- Wife
7. Alejandro Escobar-Brother
8. Michele Hartz- Cousin
9. Kenneth Hayduk-Uncle
10. Peggy Maxwell-Aunt
11. Juan Pablo Penaloza- Brother-in-law
12. Dr. Ashley Austin-Cousin
13. Silvia Nunez-Escobar- Stepmother
14. Jose L. Tamariz-Crespo- Family friend
15. Ritha Segovia de Iturralde- Friend
16. Robert Stuart Willis, P.A.-Braden's Fishing Client
17. Xiomara de Triana- Childhood Friend
18. William H. Keel II- Family friend
19. Kristina Fandino-Drozd, DMD- Family friend
20. Valerie Jackson-Aunt
21. Juan Carlos Penaloza- Friend
22. Jason Smart- Friend
23. Gregory John Zann- Childhood friend
24. Elsa Penaloza- Family
25. Melanie Mitchell- Friend
26. Jessica Henderson- Cosuin
27. Karen Lanz-Family friend
28. Patrick Bredthauer-Friend
29. Maria Auxiliadora Soria Estrada-Family friend

30. Andrea Hurel Nacer-Neighbor
31. Cesar Segarra Espinoza-Friend
32. Alba Cotapo- Business Associates
33. Carlos Iturralde- Friend
34. Carlos Julio Penaloza Yepez- Family friend
35. General Penaloza-Family friend
36. Gema Rea de Segovia- Mother-in-law
37. Luis Segovia Bedon- Father-in-law
38. Pete Santini- Friend
39. Carla Perez- Brother's Fiancé
40. Dr. Salvador Peralta Perez- Fishing friend
41. Roger Ramon Arosemana Benites, Attny.- Friend
42.  Miguel Percy Pacheco Gozalvez- Business Associate
43. Libia Escobar de Acevedo- Family friend
44. Maria Isabel de Bredthauer- Family friend
45. Maria Lourdes Marin Vera- Friend
46. Mario Roseney-Childhood friend
47. Captain Isaac Marin Vera- Friend
48. Xavier M. Granja- Family
49. Lino Lemi-Family friend
50. Guido Buchelli- Friend
51. Deybi Oswaldo Guanoluisa Nole-Business Associate
52. Maria Mercedes Acevedo- Cousin
53. Tony Ludovico-Client of Braden
54. John Bookout- Business Associate
55. Gerd Ellerbroak-Client of Braden
56. Norma Robinson Rochwarger-Family friend
57. Mark N. Johnson- Client of Braden

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the

Clerk using CM/ECF and furnished to all parties of record this 20th day of November, 2013.

Respectfully submitted,

RICHARD MERLINO, P.A.
101 N.E. Third Avenue, Suite 1430
Fort Lauderdale, Florida  33301
Telephone:  954-467-8989
Facsimile:  954-745-7698
E-Mail:  richmerlinoesq@gmail.com


/s/   Richard Merlino
RICHARD MERLINO
Florida Bar No.:  0977640