Hon. Daniel T.K. Hurley
U.S. District Judge
West Palm Beach, Florida

Re: Braden Jairo Escobar Case no. 13-60222

Honorable Judge Hurley:

Braden Escobar is my oldest child. The Lord loaned Braden to his father and me thirty nine years ago to raise to manhood, to love and protect. He grew into a kind, loving individual in a Christian home. He reaches out to help when he sees someone in need as he has a strong sense of responsibility to others. That is part of his nature. Some examples of this:

1. Braden was ten when his father was diagnosed as bipolar and had his first breakdown. Braden became a role model for his younger brother and sister who had no understanding of what was happening. He has tried to mentor Shannan Alissa and Brent since then. Soon after Braden started working in the summers on the family shrimp farm. He already loved to fish from the time my father and brother took him on his first trip at five years old. Working summers on the farm provided the opportunity for him to fish in his spare time.

2. When Braden was fourteen I left Ecuador to visit my dying grandmother. Meanwhile, his dad had another breakdown and Braden took care of him until I was able to get back. This was a heavy responsibility for one so young but Braden never complained.

3. His father and I separated when Braden was sixteen. I moved to the U.S. with the children. Worried for his father, he returned to Ecuador after a few months to finish high school there.

He graduated from Louisiana State University with a Bachelor of Science in Agriculture, returned to Ecuador and worked with his father for a time. He came to the U.S. to work for a while but decided to return to Ecuador and become an outfitter. For about ten years Braden has had a deep sea fishing business in Galapagos Islands. He also has some hunting clients. He works very hard for a modest living but is still the happiest person that I know, not concerned for great wealth or power.

His father remarried and Braden now has two half-brothers. Braden has become a mentor to them taking them fishing and exploring with him in Ecuador. He married Mery Segovia in 2006 and their son, Franco Mattias (Franky) was born in 2010. They are loving, devoted parents who spend as much time together as a family as possible. Braden, Mery and Franky are welcome by loved ones in Ecuador and in the U.S. If they chose to live in my home, it would be an honor to have them.

Braden admitted that he broke the law and is taking responsibility for his actions. That in no way diminishes the good in him for those who know him. He deeply regrets his actions and may not have realized that what he did was considered illegal.

Braden's greatest concern at this point is still for his family and that breaks my heart. While his wife and child, parents, siblings, in-laws, extended family and friends are all pained by this situation, it is Braden who is sitting alone, confined nearly without contact with family for days on end. He has been moved so often that we have only been allowed to visit three times in almost eight weeks. He was thrown into a cruel situation that none of us has ever experienced or can understand.

My prayer is that the court will see that the good in Braden far outweighs whatever his wrongdoing and that he will soon be returned to those who love and support him and will continue to do so in the future.

Respectfully,


Sandra H. Escobar
23427 Drayton Drive
Boca Raton, Fl. 33433
561-362-0131
eastboca@att.net
family

Hon. Daniel T. K. Hurley

U.S. District Judge

West Palm Beach, Florida

Re: Braden Jairo Escobar Case No. 13-60222

Honorable Judge Hurley:

Braden is our first son and we have been very thankful to God that he gave us such a wonderful child and now a man.

I am 68 years old and Braden has been very close and attached to me. Since he was very little he came with me anywhere that I had to go for work and his school time permitted.

He learned in our house with his mother and me by example. None of us have practiced the bad habits that kids might find themselves addicted to. That also includes my present wife and two children.

He formed his values, principles and personality, to be helpful and good Christian with high moral standards, honesty, respect to others, always ready to help anyone, that needed him.

I am a living case of his good will and love to help me in my good and bad times due to my health.

Among his virtues he doesn't smoked, drink, gamble, be lazy, or get involved in any way, shape or form with drugs, which were our mayor concern during the 70's and 80's. I was very happy to see him interested and practice his hobbies.

After he went to LSU and graduated, he tried a couple of jobs in Florida, but he chose to return to live with us and my new family. His work here and his passion to practice his hobbies were determinant for him to join us and help me whenever we needed him.

His brother and sister love him very much. So do my two young boys whom he takes them fishing for big fish or discovering nature and giving them good advice about school and life at their age.

Braden is a very nice human being

October 20th, 2013

Dear Judge,

I have known Braden my entire life because he is my oldest brother. Since I was born we have shared memorable moments together, in which I have learned a lot of precious things that have helped me succeed as a person. Since we were kids, as a family, we were taught to love and respect nature. Our father taught us to practice nature related hobbies such as fishing, diving, hunting and sailing with the believe that this recreational activities will keep us away from problems such as alcohol, drugs and other detrimental activities offered by current society. With this conviction we all grew together around nature, especially Braden who makes his life from running a fishing charter and a bioremediation company in Ecuador.

Throughout my life I have learned a lot of things from Braden. For example, while people have the mistaken believe that hunting has a negative impact on nature, Braden taught me the opposite. According to Georgia Department of Natural Resources: "The largest, most successful wildlife conservation program in the world, the Federal Wildlife Restoration Program, is fueled by hunters." (Georgia Department of Natural Resources, 2011)

Undoubtedly, Braden has been a role model for me. Following the passion cultivated by my brother, I was able to earn a scholarship and I am studying Environmental Engineering at the University of Notre Dame, but I can still remember as it was yesterday, when he taught me how to drive after going out for fishing on weekends. Whenever we all went out for quality time, Braden would always drive even if our father was coming with us because he has always been well known to be the safest driver in the family. Since he is the oldest and more patient brother in our family of five, we have all learned to drive from him.

More importantly, Braden taught us a lot of invaluable human skills. I have to first recognize how conservative and close is the society we live in Ecuador to make you understand how humble and compassionate Braden truly is. Ecuador has still a lot of problems with stereotyping and discriminating people because of their background and race. For example, if someone invites non-white people to a social event, the most probable thing is that "High Class People" will not attend the event because it would make them feel uncomfortable. However, every time we were invited to celebrate Thanksgiving or Christmas with a dinner in Braden's house, people from all social classes, backgrounds and races were gathered together to enjoy in his house. Despite he has a really small house; he is one of the persons with the biggest heart I have fortunately met.

Now we were all learning how to be amazing father from him, since he got married seven years ago and brought to the family the most adorable member we have (three year-old Frankie). It breaks my heart and makes me feel so impotent just thinking about the negative impact it has on my family having also Braden away now that I just started college on August. All I wanted to do for break, after working so hard to keep my grades





Honorable Daniel TK Hurley
US District Judge
CASE NO. 13-60222
701 Clematis Street, West Palm Beach, Florida

Your Honor,

My brother Braden and I have shared rooms, schools, mechanical malfunctions, disputes and wilderness adventures for over 34 years.

I mentioned mechanical malfunctions because Braden's character shines when difficult, uncomfortable and unpredictable things happen. He is self-reliant, even tempered and seems to thrive in adversity. We've been in situations where Braden and I have had to figure out how to fix something in order to get back home from the middle of nowhere. More to the point, Braden not only finds his way back but he helps others by staying calm while solving the problem in spite of mosquitos, heat, mud, thieves, and adverse conditions.

One example of Braden's well-intentioned but naïve execution was when our father asked for a volunteer to row 200 meters to a shack on the shore with $20 to ask the dweller to sell us limes, butter and fresh seafood. Braden (age 21) volunteered, rowed, and returned with 2 small lobsters, 1 lime, no butter and no change. Immediately, afterwards I (age 16) was sent with $10, and returned with 6 large lobsters, a bag of limes, butter and $2 in change, and the point being that while he volunteers to help out he isn't shrewd.

Examples of Braden's compassionate nature are plentiful as well. Over the years he has stayed in touch and helped former family staff giving ducks and deer. Unfortunately they have passed away and will not be able to offer letters. He is always willing to help with a cookout whether it is by cooking or bringing venison to grill. When his German shepherd died as a kid he cried for weeks. When our Labrador retriever, Snoopy, died we all cried for weeks. Recently when his Jack Russell Terrier died he again was in morning for weeks.

Unfortunately, if he has not been as mindful of export laws as he should have been, it is likely a product of the ease with which one can unknowingly break these laws. Paperwork and clerical discipline are not his strongest traits. This experience will reset his ignorance and disregard dissuading him from making the same mistake again.

Taking a plea bargain in itself is another example of Braden being compassionate, not cunning. It is hard to believe that a jury of his peers would be keen on punishing him with jail time. But because he doesn't want to put our family through a yearlong process he is at the mercy of this sentencing. He is a person who learns from his mistakes. The time he has served is already a severe punishment. Braden, who has lost 20 lbs. in the time he's been incarcerated, is mortified by the possibility of losing his family, business and civil rights.

Calle Fragata 103 y Albatros
Kennedy Norte - Guayaquil – Ecuador
Telf. (593-4) 228-3526 / 228-3661 / 228-3400  Fax (593-4) 228-2051
soluciones@naturalite.biz  -  www.naturalite.biz
Todos los derechos reservados por Naturalite S.A. 2013

Shannan A. Peñaloza
10 Aragon Ave. Suite 1015
Coral Gables, Fl. 33134
(305) 978-4182

Judge Daniel T. K. Hurley
United States Courthouse
701 Clematis Street
West Palm Beach, Florida
33401-5196

RE: Character Witness Letter for Case No. 13-60222 United States of America v. Braden Jairo Escobar

Honorable Judge Hurley:

I, Shannan A. Peñaloza, am a member of the South Florida Community, having lived here as a child, graduated from the University of Miami with a Bachelor of Architecture and a Master in Urban Design and currently employed through Miami-Dade County as a Principal Planner at the Port of Miami.

Braden Jairo Escobar is my older brother. I've known him for 32 years. Growing up he was always the exemplary "big brother", taking care of his younger siblings especially his only sister. Braden has helped me on numerous occasions both as children and adults. He guided and comforted me through many difficult situations our family has been through, including our parent's divorce, our father's mental illness, deaths in the family, and our family's separation from living in different countries. He's also mentored me, by teaching me to fish, to change a tire, to share, to look for the humor and good in life, to defend myself, and countless other life lessons that would turn this letter into a book.

My husband and I are expecting our first child in December, a girl. When we found out our baby wouldn't be a boy, I was shocked because my entire life I've had my older brother Braden to look up to. He protected and took care of me. I always expected the same for my children, a loving and protective older brother. Now that my "oldest" child will be a girl, I expect she will rely on her uncles, especially Braden, to be that protective figure. Throughout my pregnancy Braden has been extremely supportive, asking me constantly about the baby, how she's doing, how I'm feeling, helping think of names for the baby and planning how our children will play together. My husband and I had decided to ask Braden to be our child's Godfather, because we feel he has all the qualities of a caring and responsible guardian who could raise our child to be successful and with strong morals, should something happen to us. Braden is also the Godfather of many other children.

Braden has always been a very loving family man; attentive of his parents, siblings, cousins and now his wife, child and extended family. Braden on many occasions has gone out of his way to tend to us. He's constantly present to our father's needs. Braden helps him by making sure he takes his medicine, distracts him by taking him on outings and dedicates his time to making sure our father is stable. Braden spends quality time with his younger brothers, his son and the children of his friends by taking them fishing, horse-back riding, on family trips, or watching football games. Braden makes an effort for his son to know his grandmother who lives in another country by calling her by video every day. Braden is an extremely charitable person, on several occasions I've seen him giving from what he has to those less fortunate, be it necessities like clothing, shoes, toiletries, household goods and food.

Braden is also a hard worker, extremely respected, having many repeat customers voicing how wonderful it is to work with him. Many journalists have written praising reviews on Braden noting how he is extremely knowledgeable and a leader in his field.

Braden has never before been accused of any crime. Throughout this ordeal, Braden has deepened his spiritual roots with God. He has had plenty of time to reflect on his life and has voiced his desire that upon his release he seeks to even more loving father, a closer brother and a more supportive son. I firmly believe that he will not make this mistake again.

Our family anxiously awaits having Braden back in our arms and in our lives. My husband and I open our home to Braden, his wife Mery and his son Franky, for as long as they need, to help them get through this life changing event and to help him once again become emotionally stable, financially sustainable and an even more productive member of society.

Sincerely,

Shannan A. Peñaloza

Guayaquil, Octubre 14 del 2013

Hon. Daniel T.K. Hurley
U.S. District Judge
West Palm Beach, Florida

Honorable Juez Hurley:

Reciba un cordial saludo.  Mi nombre es Mery Segovia R., ecuatoriana, de cédula de identidad
0915194906, y esposa de Braden Escobar Hayduk desde Octubre 6 del 2006, con quien hemos
creado una linda familia, con un maravilloso hijo, ahora de 3 años de edad Franco Mattías
Escobar Segovia, quien extraña mucho a su padre, ya que no lo ve desde el mes de Agosto
donde sucedió toda esta terrible situación tanto para Braden como para nosotros, pero
especialmente para Mattías que a esta edad más que nunca necesita a su padre.

Personalmente puedo decirle que una de las cualidades que me hicieron ver en Braden a un
buen hombre, y de buen corazón, es su extrema generosidad, en un sin número de ocasiones
me pude dar cuenta que Braden nunca hacía nada pensando en él, sino más bien, siempre
pensando en cómo ayudar a los demás, muchas veces brindo su hogar a gente (amigos) que
pasaban un mal momento, y desinteresadamente con un amor especial por el prójimo, ofrecía
lo que podía con el único fin de ayudarlos.  Braden es las personas que si puede dejar de comer
para alimentar a otros lo hace, y eso solo lo hacen las personas de corazón noble, así es mi
esposo.

En el plano profesional también ha ayudado a muchos empleados o colaboradores a
incursionar en sus propios negocios, con apoyo moral y hasta económico, es por esto que goza
de mucho cariño por parte de sus compañeros de trabajo, amigos, familiares e incluso de la
gente que recién lo conoce.

Como padre y esposo es un ser humano extraordinario, haciendo lo que humanamente puede
para mantenernos bien, pero sobre todo felices y muy unidos con la familia, para Braden la
familia es muy importante  y para nosotros él lo es todo.  Braden es un ser tan generoso que
uno de sus planes, si los medios nos lo permitían, era la adopción de un niño/a, esto con la

única finalidad de ayudar a este ser desamparado que un día alguien abandonó, deseo que compartí con él, pero que fue su iniciativa.

Sr. Juez , Dios sabe que todo este tiempo que hemos pasado separados de Braden ha sido el peor en nuestras vidas, estamos consientes de que algún día este mal momento terminará y podremos volver a estar juntos y apoyarnos, lo que esperamos desde el fondo de nuestros corazones Sr. Juez, es que usted pueda ver en mi esposo es un hombre bueno  y que si cometió algún error (errar es de humanos), lo pueda enmendar de alguna manera, pero que por el amor de Dios nos permita tenerlo pronto con nosotros, porque lo extrañamos mucho y de verdad estamos y estaremos no solo desamparados sino muy tristes hasta que el regrese.

Que Dios lo bendiga.

Un cordial saludo,


Mery Segovia Rea
C.I. 0915194906
Tlef. +593-9-87211668
merysegovia@hotmail.com
Guayaquil-Ecuador

October 20ᵗʰ 2013, Guayaquil-Ecuador

Dear Judge,
I am Braden's youngest brother (14 years old) my relationship with Braden is the best we are the closest brothers of the family.

My brother Braden is not a criminal; he is not what they think. He is a good father and a good brother. He has a three year old son and he loves to play with him, to take him fishing, to take him to the stadium to soccer matches, they read books together, they go to the swimming pool together, they go to the beach together, they go sailing together, they go to drink ice cream together, they watch LSU football games together because my brother is the number one fan of LSU.

My nephew is the happiest kid of the world with his father. I have never seen him crying on my brother's arms because he is always smiling with his father. I remember that one day we were at my brother's house with my entire family and my nephew was crying. He did not stop crying for an impressive amount of time; nobody in my family could calm him down. However, when Braden, his dad, arrived to the house he took my nephew in his arms, hugged him and kissed him while he said "its alright baby, daddy loves you" and in that moment he finally stopped crying. I have never seen a moment like that before, is like my brother has something magical with his son because they always smile together. I cannot explain you how much his son misses him.

My brother is the best dad I have seen because he always takes care of his family like nobody else. He drives perfectly, he is the most careful and safe driver I know. He takes care of all the necessities that his family needs, he can give his life for his son and his wife.

My sister is pregnant and she is going to give birth on December. This new member of the family will be Braden's niece and loosing the birth of his first nephew is going to be hard for him and my sister. With my father he is the best son I have ever seen, he is always there for him, he helps him in whatever he needs. I always try to be like him with my family, because he knows how to maintain a perfect family relationship.

With me he is the best brother, the most memorable moments in my life have been around him. Braden is like a second father for me because my father is 67 years old and he can no longer do what I like to do: going fishing, playing soccer, mountain biking and many other sports and things. Going fishing with Braden is incredible because every time we go out he teaches me new things. During last March he took me to Galapagos to fish marlins. This was my first time ever fishing marlins. The first day we went out, I fished a 500 pound black marlin. I fought with the marlin for 45 minutes and finally caught him. During the fight I was tired, I was saying that I could not do it and he always said to me "yes you can, yes you can! You are better than the fish, you're stronger keep fighting that you are going to beat him" and he motivated me to keep fighting and he taught me how, so I listened to him and I kept fighting until I won the battle. Without his motivation, this would not have been possible. He always motivates me to do things in sports, my studies and with my family. My dream is to be a professional soccer player and no one of my family supports me, but Braden he is the only one that helps me and motivates me to don't give up and achieve my dream. I wanted to go to Brazil next year and watch the world cup final. The last time I spoke with him was before he went to the USA. He told me that he would come with me, but now that this happened I have nobody.

October 20th 2013, Guayaquil-Ecuador

My brother did not deserve this because he is a good citizen, a good father, a good husband, a good brother, a good friend, and a good company. He works a lot I always see him busy, he is always working and all the work he does is to support his family. I don't see anything bad on him, I can only see good things on him, I love him, I miss him and I want him back. Sorry for my bad English but my language is Spanish and I am making all my effort to write this letter the better way I can for my brother.

My best wishes and thanks in advance,

Alejandro Escobar

Ave. Samborondon, Isla Sol V. 27

Guayaquil - Ecuador

593-4-99 389 5297

Honorable Judge Hurley:

Braden Escobar is my cousin. He is younger than I by 3 years. As he was raised between South America and the USA, we were together with family in the summers and for holidays. As adults, we have maintained contact via family reunions, weddings, funerals and via Facebook and emails.

Braden is a hard working husband and father. He is educated and follows current events. Although he lives mostly in Ecuador, he keeps up with current events in the USA especially for his favorite football teams.

Braden is a God fearing man that was raised in a country that is not as prosperous as the USA. He witnessed poverty and the division of social classes by living in a country such as Ecuador. Because of this, he takes his responsibilities seriously in giving back to the community. He provides jobs for the locals that are less fortunate. He is well respected by the customers that entrust him to take him on excursions. He provides for his wife and son. Braden is not a criminal nor does he have a criminal mind. He is a hard working dad and husband that is looked up to by his employees, friends and family members.

Sincerely,

Michele Hartz

To whom it may concern,

My name is Kenneth Hayduk. I have known Braden Escobar all of his life. I am his uncle, brother to his mother.
Braden is well educated. He has a bachelor's degree from Louisiana State University.

I have found him to be an honest and upstanding U.S. citizen, always willing to help others. He is a wonderful and loving
family man to his wife and young son. He take his young son fishing and sends me the pictures that show he adores and
loves his young son. From the pictures, his son enjoys fishing as much as Braden does.

When Braden was young, my father and I would take Braden fishing. When he grew older, he would take my father fishing
because my father enjoyed fishing as much as Braden and I did. When we went to Equador for his wedding, he offered to
take me fishing, but I didn't have time. He is extreme thoughtful of others.

The day we arrived in Equador for his wedding, all of the younger people went off to party. Braden stayed with me, my wife
and his mother to visit instead of going off with the people his age. My sister had arranged for a tour guide to take us on a
tour of Equador. Braden interviewed the guide and decided he would find us a more knowledge guide. He did find a great
guide and we had a wonderful tour.

He is close to his mother and father and siblings.

He works very hard in his sport fishing guide service and his hunting guide service. He serves international customers who
love to fish and/or hunt.

Kenneth Hayduk
pkduk47@gmail.com
985-892-7158

Juan Pablo Peñaloza
10 Aragon Ave. Suite 1015
Coral Gables, Fl. 33134
(305) 778-8727


RE: Character Witness Letter for Braden Escobar


To Whom It May Concern:

My name is Juan Pablo Peñaloza. I have lived in Coral Gables for the past 13 years and currently work as an Associate Broker for UBS. Braden Escobar is my Brother in-law. I met him 11 years ago when I started dating his younger sister. Since then Braden has become like a brother to me, a brother whom I respect because of the way he guards his sister, yet has accepted me into his family.
Braden has demonstrated his kindness to me on several occasions:

He rescued his sister, mother and me from being lost in the outskirts of Guayaquil in a dangerous neighborhood. Although in the car we were all scared, he maintained calm, guided us to a safe waiting spot and drove out of his way to find us and bring us home.

During the weeks prior and after our civil wedding ceremony, my father in-law suffered a mental breakdown. He had to stay in the U.S. for treatment. My wife was overwhelmed with work, planning the ecclesiastical wedding, and taking care of both her new husband and her father. Braden was in Boca Raton at the time and realized his sister could not handle all of the stress. So, as he usually does, he took over the responsibility of caring for his father and took him back to Boca to stay with him. He helped make sure he ate, took his medicine, saw his doctor, and distracted him in order help him recuperate from his nervous breakdown.

Every year on Black Friday, while many people are out shopping, Braden has a tradition of taking my wife (and since his birth, his son Franky as well) to select the perfect Christmas tree for his mother and then he helps set it up.

Braden is always helping his mother fix up her house by painting and doing other handy work. On this last visit he was going to help lay down bricks in her patio, the work is waiting for his release to be completed.

Braden lovingly cares for his son Franky and makes sure that my wife and I are involved in our nephew's life. He brings Franky to watch me play baseball, which fills me with joy to have them cheering us on.

Braden is very attentive of my family as well. He enjoys spending time with them and talking about their interests. He's also very interested in my father's political persecution by the Venezuelan government and follows him when interviewed and written about in articles.

When my wife and I travel to Ecuador he opens his home to us and takes care of us. We've traveled together and he invites me to fish and hunt with him as well. Braden

was my best man at my wedding. Braden is an extremely loyal, good-humored person passionate about helping his family and friends. I stand by him and hope to be all the help I can for him and his family throughout this terrible ordeal. Upon his release I hope to help him find stability in his life in any way I can.

Sincerely,

Juan Pablo Peñaloza



The Village

**DR. ASHLEY AUSTIN**                                                          drashleyaustin@gmail.com

10.9.13

To Whom it May Concern,

I wanted to take this opportunity to give an honest assessment of the character of Braden Escobar based on my experience with him. Braden is my cousin. We spent many summers together growing up. He was always a kind, hard working, honest and compassionate person to be around. Braden did not get into any trouble during the summers we shared together as children and as teenagers. He always tried to do the right thing.

My most recent experience with Braden was at his sister's wedding a couple of years ago in New Orleans. During our time together he talked about his love for family and life. He never spoke of any criminal activity nor of doing anything to hurt another person. He has always had great respect for people and for the law.

I know my letter might be a bit vague in detail because it is based on limited time with Braden in recent years. I was however shocked to hear he was arrested. It was so out of the character of the person I grew up around as well as the person I was around a couple of years ago. We are praying for all involved in the current circumstances facing Braden and his precious family.

Dr. Ashley Austin

To whom it might Concern

Braden is my Step Son and I have known him since I married his father.

He spent time with us while he finish his high school. Adapted very well with me and later when we had two children, he maintained his roll of older brother with love and dedication to our family.

Our two children love him dearly and they go with him to fish, when they coincide on free time and summer vacation.

In relation to his family, Braden wife and child,get along very well with us. Braden loves them and we share visits frequently.

I always keep him in my mind, and appreciate his generosity with people and love for our children, Luis Gilberto 18 whom now is studying in Notre Dame; also with Alejandro now 15 and is ready to go with Braden fishing every time he is out of School.

His decire to help others and share what he can afford to be supportive, is one of his many manifestations of being a good hearted person.

When he married Mery, they have adjusted to a Normal stable family life and both respect each other. Now they have a 3 year old son "Franky" and his family share a unique relationship of support and Love.

Silvia Núñez -Escobar
Professional Dietitian, Simmons College, Boston, Ma
CALOVITA, Km 1 Via Samborondon
Edificio Barroco, Piso 3, Of. 3
Guayaquil - Ecuador
593-4-2833227 - 593-4-2833447



Octubre 10, 2013

A QUIEN PUEDA INTEREZAR

Tengo mucho gusto en manifestar que conozco a Braden Escobar desde niño, mí amistad con  sus padres y la relación de familias me permitió compartir su desarrollo y apreciar su calidad humana, su educación, buenas costumbres y responsabilidad como estudiante, hijo y amigo. Mis hijos y Braden, así como sus hermanos han compartido paseos, reuniones familiares y no recuerdo ninguna actuación que no sea grata.

Su inteligencia y formación son atributos que aprecio y tendré mucho gusto de apoyarlo y tendrá en mi empresa oportunidad de empleo si necesitare.

Si es necesaria información y comentarios adicionales tendré mucho gusto en proporcionarlos, pueden contactarme en:

Teléfono celular: 5939-9940 0391
Oficina: 5934-2634-073
Email: josetamariz@hotmail.com
Muy atentamente,

Jose L. Tamariz-*Crespo*
*Pasaporte de ECUADOR* No. 09-03426591
Ingeniero Industrial: BS Industrial Engineering LSU
Miembro del Advisory Board OF LOUISIANA STATE UNIVERSITY, since 1980.
Past Presidente de FEDEXPOR, Federación Ecuatoriana de Exportadores,
Past Presidente de INTERNATIONAL CHAMBER OF COMMERCE,
Past Presidente de BARCCELONA SPORTING CLUB,
Past Presidente del Comite Nacional-ECUADOR de INCAE, Instituto Centroamericano de Administración de Empresas,
Gerente General de COBALSA, Compañía Industrial de Balsa S. A.  DESDE 1974-2000,
Presidente de COBALSA S. A. desde el año 2001

## A Quien Interese

Por medio de la presente certifico conocer desde hace muchos años atrás al Sr. Braden Escobar, quien es mi amigo, el mismo que ha demostrado ser un hombre honesto, responsable, trabajador y emprendedor.

Braden es una persona con probidad notoria que además ha demostrado idoneidad en su vida profesional; cualidades por las que es apreciado y respetado por todos quienes tenemos el agrado de conocerle. Razones importantes por las cuales decidi nombrarlo padrino de mi única hija, Valentina.

Braden puede hacer uso de este certificado a su conveniencia.

Guayaquil, octubre 9 del 2013

Muy atentamente,

Lic. Ritha Segovia de Iturralde
C.I. 0915194898
Telf. +593-9-99485178
rithasegovia@hotmail.com