# WILLIS, FEREBEE & HUTTON
### A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS

**ROBERT STUART WILLIS, P.A.**
BOARD CERTIFIED CRIMINAL TRIAL LAWYER
PERSONAL INJURY

**DAVID B. FEREBEE, P.A.**
(LL.M. - TAXATION)
TAXATION & IRS MATTERS
BANKRUPTCY & COMMERCIAL
ESTATES, WILLS & TRUSTS

**L.E. HUTTON, P.A.**
CRIMINAL DEFENSE - STATE & FEDERAL

October 16, 2013

503 EAST MONROE STREET
JACKSONVILLE, FLORIDA 32202
TELEPHONE: (904) 356-0990
FAX: (904) 353-2756
EMAIL: rwillislaw@aol.com
lehlaw@hotmail.com
WEBSITE: www.wfandh.com

TO WHOM IT MAY CONCERN:

RE: USA v. Braden Escobar

Dear Sir/Madam:

As may be seen from the letterhead, I am a practicing lawyer, board certified in criminal trial law. However, I have never represented the above captioned nor any member of his family. Rather, I am offering this letter as an individual who has gotten to know him in the last several years and been very, very favorably impressed with him.

I was introduced to Braden through a longtime friend, Jeff Morrow, who was a circuit court judge here in Jacksonville. Jeff and I shared a love of fishing and almost anything to do with the ocean. Jeff and I had fished together on occasion. But, we had also shared tips with each other about great fishing spots around the world that we had tried.

It was in that context that Jeff first told me about Braden Escobar and the fabulous marlin fishing in the Galapagos Islands. Jeff had already been on two trips with Braden to the Galapagos and raved about the fishing and, in particular, the professionalism that Braden showed. As you can imagine, you get some very uneven experiences in some parts of the less developed world and his experience with Braden was clearly one of his best.

To Whom It May Concern
October 16, 2013
Page 2

At Jeff's suggestion, about four years ago Jeff, one of my other longtime fishing companions, and I made what was my first trip to the Galapagos. Braden was our host and basically in charge of our welfare and fishing. He could not have been more attentive and courteous. Everything Jeff had told me about Braden proved to be correct and then some.

It is my understanding that the government of Ecuador (that owns the Galapagos) is justifiably very careful about who they let fish within the Galapagos Park and is very strict about enforcing the ecological rules for that fishing. Braden was clearly aware of the importance of that ecology and never once suggested any deviation from the strict letter of the law. He genuinely seemed to appreciate the paradise in which he was privileged to work.

I saw that he had the respect of the people who worked for him and the few other fishermen that were licensed to fish the area. He did exactly what he said he would do in all respects, charged a fair price for his services, and provided one of the best fishing adventures that I have ever had.

About two years later, we made a second trip and had the same kind of experience. The fishing was great and again Braden was the reliable, professional host we had come to expect.

Sadly, very shortly after the second trip, Jeff Morrow passed away suddenly, apparently from an undiscovered heart problem. I was the one who shared that information with Braden by email. Braden's expression of concern and sympathy was genuine and immediate. I recall that he wanted Jeff's widow's contact information so that he might correspond with her directly. It is my understanding that he did so. I know that I shared some photographs of Jeff and our fishing experiences with his widow because it was among the best experiences we had ever had.

Also, I recall that Braden offered to produce a memorial fishing tournament in Jeff's honor at a greatly reduced rate, basically at cost. I still think that was a great idea and it did not happen only because we could not find enough guys that could all go on the same schedule.

To Whom It May Concern
October 16, 2013
Page 3


From my conversations with Braden while fishing and through email advertisements since then, I am also aware that his business includes hunting trips around South America.  I have had any number of email advertisements.  I am sure I would have been on one of his trips but for the fact that I am not a hunter.  In fact, my most recent email was signed by him as president of his company, Ecuagringo, "Fishing and Hunting Outfitters for South America".  I am sure he runs the hunting trips with the same attention to detail and professionalism that he showed with our fishing adventures.

I know very little about his current circumstance.  His mother shared with me some of the pleadings so I would have a fair idea and I have spoken briefly with his lawyer.  Thus, I am not in a position to comment about the circumstances of the case.  My only contribution can be that in my experience, Braden has been a entrepreneurial, bright, professional, and honest guy.  It is my hope that the court will consider this insight in fashioning a just sentence.

Please feel free to contact me if you desire any additional information.

With Best Regards,

ROBERT STUART WILLIS

RSW/swp

Eco. Xiomara Tomala de Triana
Los Ceibos Av. 2nda # 420 y Calle 7ma
Guayaquil - Ecuador

Guayaquil, Ecuador
October 9, 2013

To Whom It May Concern,

I have known Braden since he was a little kid and attended the Interamerican Academy at Guayaquil. Back in the 90's, as a young adult Braden began to get involved in his family activity as shrimp producer and exporter. I had the opportunity to interact with him at a business level and see him excel as an outgoing, efficient and cooperative executive.

Later in life, he pursued his passion for hunting and started his own business with Ecuagringo S.A. My brothers and some mutual friends have enjoyed his professionalism and expertise.

I have seen his compassion with fellow fishermen and his committed effort to share his knowledge with locals and foreigners.

I look forward to having Braden back home in the near future. My family and I have plans to take our dream trip to Galapagos with Braden and his team.

Best regards,

Xiomara de Triana
xtratc@hotmail.com

59342-2002025   09-9-9790203

To Whom It May Concern:

I write on behalf of Braden Escobar.

My background is simply that of a citizen who grew up a military dependent, and hence viewed much of what makes this country great.  After college I went on to executive careers in hi-tech and the financial markets. As a post-careers endeavor I became a librarian and as such have the opportunity to provide guidance to the next generation.

I first met the family of Braden Escobar several years ago because his mother and I were members of the World Affairs Council, and share a concern about our country and its  future. I subsequently found the entire family to be exemplary members of society, and they could easily serve as role models for what a citizen should be.

Braden grew up in that family and shares those values.

Yes, errors are made by us all especially given the complexity of our laws at every level. But, as a retired Florida state trooper once said to me when we were discussing same, "I didn't cite inadvertent violations because it is counterproductive to do so."

Thank you for your time.

William H Keel II
4421 NW Third St
Coconut Creek, FL
33066-1715
954 643 6248

Kristina Fandino-Drozd, DMD, MPA
1500 Cocoanut Road
Boca Raton, Florida 33432
Tel: (561) 361-9886/Cell: (954) 895-8611
kfandino@netscape.net

November 3, 2013
The Honorable Daniel T.K. Hurley
District Judge
701 Clematis Street
West Palm Beach, Florida 33401

Re: CASE NO. 13-60222, Braden Escobar

Dear Honorable Daniel Hurley,
I am writing this letter of character in support of Braden Escobar whom I have known since 2002. I have worked with his mother, Sandra for many years. She and her family are close personal friends of my mother and me. I have attended many family celebrations and seen her children frequently including Braden.
The Escobar family is one of the kindest and nicest families that I have ever known. Sandra is a caring person who is always there for her family and friends. She is involved often in charity work and community events, especially through her church. She has instilled these values in her children. Braden, Brent and Alissa are respectful, kind, and loving children. Braden always has treated us with courteousness and graciousness. He is one those persons who is always there when someone is in need of help. Braden is an avid outdoorsman. He loves to hunt and fish. He enjoys nature and makes his living through hunting and fishing tourism.
Braden is a wonderful husband to Mery and a great father to Franky. It is obvious how happy he is when he is with them. He loves to show affection to his son – tossing him in the air while they both laugh and smile. He loves his family very much. He has a jovial and optimistic attitude – very happy about life. He truly cares for his family and friends. I have never heard him raise his voice to his family in anger. He takes great pride in being a family man.
Sandra and her children are law abiding people. They are religious, caring and considerate. This unfortunate episode has taken a terrible toll on all the family. It has been devastating for everyone, especially Mery and Franky. Braden is the sole supporter of his wife and son, as well as the sole proprietor of his business. All the years of hard work building his business may be lost soon. Financially, this would be catastrophic for his wife and son. Obviously, there was some neglect on Braden's part but he certainly is not a chronic criminal. This is a one-time issue of misunderstanding. He certainly is not a detriment to society.
I hope that this letter will give enlightenment to the character of Braden.

Sincerely,
Kristina Fandino-Drozd

Valerie Jackson
10 Shady Cove
San Antonio, Texas 78213
October 29, 2013

Hon Daniel T. K. Hurley
U.S. District Judge
West Palm Beach, Florida
RE;  Braden Jairo Escobar  Case No 13-60222

Dear Judge Hurley,

My husband, Germán Escobar, who passed away November, 2011 was the oldest brother of
Braden's father.  I first met Braden in March 1992 when Germán and I visited Ecuador.  This
was to be my introduction to his family and we were both introducing the new IBM laptop to
Ecuador's sales force (he was a hardware engineer, I was a software engineer).

Braden was in high school at that time and I was impressed with his manners and enthusiasm for
wildlife and the environment.  Braden had a close relationship with his uncle and we saw him
regularly thru the years on our trips to Ecuador and his visits to Florida. We were delighted to
see his youthful passion for the outdoors and the environment grow into a profitable career. His
Ecuagringo fishing charters have set new standards with their exciting catch and release of the
marlin in the Galapagos Islands that will allow the sport fishing to continue in a controlled
environment to assure the species will be here for many years to come.  He is the entrepreneurial
mind behind this successful business that has even been featured on TV specials and magazine
articles.

Additionally, he is the sole support of his family.  Braden has been a very involved, hands-on
father and his little boy, Franky, needs his father.  Braden's large extended family, including
brothers, a sister, aunts, uncles, and cousins  are all very supportive and will continue to be there
for him.

Even when he was busy with his family and business, Braden always had time for his Uncle
Germán with e-mails and visits; always considerate, even letting us use his car when we were in
Ecuador.  He is a polite, caring gentleman.

Sincerely,

Valerie Jackson

Juan Carlos Peñaloza
11501 SW 70th Ave.
Pinecrest, FL 33156
305-978-8035

To Whom It May Concern:

My name is Juan Carlos Peñaloza, I own Perihelion Capital LLC, a portfolio management company located in Miami, Florida. I know Braden Escobar through my brother Juan Pablo, who is his brother in-law. I met Braden over 10 years ago when my brother and his sister began dating.

Over the years I spent many occasions with Braden and found that he was always happy and enjoyed spending time with his family and mine. My fondest memory is of the Christmas Eve when he dressed as Santa Clause and surprised my two daughters. My oldest daughter, Alma, was beginning to lose belief in Santa Clause, but when she saw him, sat on his lap and spoke with him; her eyes were popping out of her head. Braden also enjoys watching my brother and I play baseball and brings his son Franky to cheer us on.

Braden has a passion for his work taking sportsman hunting and fishing. Any mistake he has made was surely done unintentionally as from what I've seen, he has no will to be dishonest rather he may be naïve to particulars of American law, having grown up in a third world country.

Regards,

Juan Carlos Peñaloza

Jason Smart
11127 Bowen Avenue
Great Falls, Virginia 22066
Jasonjaysmart@gmail.com
703.444.9161

October 22, 2013

The Honorable Daniel T.K. Hurley
District Judge
701 Clematis Street
West Palm Beach, Florida 33401

Re: CASE NO. 13-60222, Braden Escobar


Dear Judge Daniel T.K. Hurley:

Please let me begin by introducing myself: I am the co-owner of three companies (MasonTown, RLLP, Federalist Development Solutions, RLLP and Trinity Industries, LLP). Formerly I worked for the House Appropriations of the Commonwealth of Virginia, for U.S. Senator John McCain´s Presidential Campaign, and on over a dozen political campaigns. Moreover, I worked as an expert in democratic development (including elections, rule of law, civic engagement, etc.) for United States Government funded programs in the Russian Federation, the Kyrgyz Republic and the Kingdom of Cambodia.

I have known Braden Escobar for over half-a-decade and know him to be of outstanding character and good moral principles. He is the married father of a beautiful young family and has been suitably supporting them via his hunting and fishing business which he built up from scratch. A felonious conviction and long sentence would assuredly destroy these two things which both took great love and strong effort to build and maintain.

As I am also a father with two young sons, I can only imagine the tremendous amount of anguish he must feel by not being able to be with his wife and children. As the lone bread-winner, I can only imagine what his wife feels knowing that the discontinuing of his business would equate to further financial ruin without the prospect of any other work. More painfully, I cannot imagine how his beautiful child is, knowing that his father may not come back again for the rest of his childhood.

It seems that Braden may have made mistakes in how he ran his business. It would seem that these were borne out of being mistakes and ignorance of the law, versus a willful disregard for the law. In my encounters with him, I have never heard him utter a single word of disregard for the law, the safety of others or against good morals. He is an outstanding citizen of the United States and has always spoken in the most polite and professional manner. He is an excellent ambassador of America to those whom he encounters in his work in Latin America.

Having Braden come home to his community, which anxiously awaits his return and to his family, who is sleepless without him, serves the very best interest of all involved.

I pray that you will look with compassion and understanding on this remarkable man who has had a tremendously impact on the lives of so many.

Should you have any questions, please do not hesitate to contact me. Very sincerely,

I remain,


Jason Smart

Honorable Daniel TK Hurley
US District Judge
CASE NO. 13-60222
701 Clematis Street, West Palm Beach, Florida

Your Honor:

I've known Braden Escobar and the Escobar family since I was a child. My family was introduced to them when they moved to Boca Raton and attended Saint Paul Lutheran School. His brother (Brent) and I attended grade school and then high school together at Pope John Paul II High School. At my wedding, the Escobar family was there with me – and Brent stood on the alter with me as I gave my vows. At my father's funeral two years ago, they were mourning with me and my family, and we will never forget their kindness to us. I consider this family to be some of our dearest and most treasured friends.

Regarding Braden, he would give up many a weekends with his friends to watch Brent and I and make sure we were staying out of trouble. He would take us out to eat or to the movies or on an outdoor adventure as nature and the outdoors has always been a passion of his. He was forced to mature beyond his years when his parents divorced and become the 'man of the house'. His strength of character and service to his family were always evident. I know that he is a good and loving father to his wife (Mery) and his son (Franky). Growing up, we would regularly see him attending Saint Paul Lutheran church on Sundays with his mother and younger brother and sister in tow. We always enjoyed seeing him return to the United States and tell us about his adventures in Ecuador.

While it is hard for me to hear the Braden broke our sacred laws, it is harder for me to know that he did so with malice in his heart or bad intentions in his soul. A mistake is a mistake and requires punishment. I know this man well enough to know that he would never do something to intentionally harm another person or bring shame or dishonor to his family. I would, therefore, ask that you consider the intent of this man, the history of goodness he's exhibited to me and to others throughout his life, and those that he will unfortunately be leaving behind during his incarceration.

Should you have any questions for me, please feel free to reach me at gzanni@umich.edu or at 734-717-0266 or at 151 SE 15th Road, Apt 301, Miami, FL 33129. Thank you for your time and concern Judge Hurley.

Very truly yours,

Gregory John Zann IV

October 23, 2013

Dear Judge,

I am writing in reference to Braden Escobar who I've known for many years and consider part of my family. He is my daughter in-law's brother. I have been following his case from the beginning, attending his hearings to support him and his family.

Braden is a humble man that loves his family and mine. We enjoy spending holidays with him, watching LSU (his alma mater) football games, going to my son's baseball games and many family gatherings.

Seeing how this difficult moment affects both my son and daughter in-law who are expecting a child this Christmas is heart breaking, considering that it should be one of the happiest moments in their lives. They remain more concerned with Braden's well-being.

Braden is compassionate towards others, I've learned from his sister that even during this time, when he should be worrying about himself, he is more concerned of his family's well-being and how they are coping with the situation. As he awaits his trial he has reached out to help others surrounding him by praying with them and sharing whatever little he has. This is a child of God who truly loves the world by caring for mankind more than himself.

These past months he has suffered and surely feels remorse for his actions, be them knowingly or unknowingly. He has served enough and I ask you to please consider giving him time served in order for him to be able to reunite with his child, wife, family and a chance to be with my son and daughter in-law as they receive a new blessed child into this world.

He deserves another chance.


Sincerely,

Elsa Penaloza


3007 De Soto Blvd.
Coral Gables, Fl 33134
(305)407-9030

Melanie Mitchell

1143 Broadway
San Francisco, CA 94109

(415) 819-7140

To Whom It May Concern:

My name is Melanie Mitchell. I work as a business consultant in San Francisco, California. I've known Braden Escobar for over 20 years through his sister, and my friend, Alissa, who I attended high school and college (at the University of Miami) with.

In the time I have known him, Braden has always been good-natured and humorous. While his sister and I were in high school, Braden didn't mind spending time with Alissa and her friends, even though we were only teenagers. He would give us rides, watch over us, and was around and willing to make sure his little sister, and all her friends, where safe. I saw him often during the week at Alissa's house and on the weekends at the beach.

Even as an adult, I have seen Braden frequently, at family events and over the holidays. His love and deep concern for his family, which has grown to include a wife and child, and his family's well being, is obvious and apparent, as is his passion for nature, through his hunting and fishing.

Regards,

Melanie Mitchell

Honorable Daniel T.K. Hurle

U.S. District Judge

West Palm Beach, Florida

RE: Braden Jairo Escobar Case #13-60222

October 26, 2013

Honorable Judge Hurley:

I am writing this letter on behave of Braden Escobar. I am Braden's cousin. We have spent many holidays and family vacations together throughout our lives. Braden and his family hold a very special place in my heart. I have always felt that Braden has been a compassionate man with an extremely large heart. He has stood by my family during many turbulent times with no judgments passed. He has been supportive during times of great loss and tragedies offering only support and a kind ear. He has a gentle spirit which he openly shares with his friends and families which has been comforting.

I have had the opportunity to witness Braden become a husband and a devoted father to his son Franky. He has been the sole financial provider for their family and has provided financially, emotionally, and his presence in their lives will be tremendously missed in many aspects. I have always been amazed at how Braden took his passions of the outdoors and turned it into a thriving business while respecting the integrity of the Galapagos Islands. He had managed to bring tourism to the Galapagos Islands while respecting the marine ecosystem.

I pray for Braden and his family daily and hope for the best possible outcome. This is Braden's first time offense and request for you to be lenient with his sentencing. He has been a productive member of society and if given the opportunity will make the right choices to positively impact future society.

Thank you for your time.

Jessica Henderson

561-445-3296

Ccsjessica@gmail.com

Karen Lanz
2740 SW 28 Terrace # 304.
Miami, FL 33133
Telephone # (786) 8771822

Judge Daniel T. K. Hurley
United States Courthouse
701 Clematis Street
West Palm Beach, Florida
33401-5196

RE: Character Witness Letter for Case No. 13-60222 United States of America v. Braden Jairo Escobar

Honorable Judge Hurley:

My name is Karen Lanz, my date of birth is August 3rd, 1982 and Florida Driver License # L520-513-82-783-0 (please find attached to this letter copy of my Florida Driver License). I am currently working as a Real Estate Agent registered with Axis Organization, Inc.

I have known Braden Escobar since approximately five years ago, through my sister in law Alissa Penaloza, she is Braden's sister. When I started to know Braden, I was dating Carlos Julio Penaloza jr. and Alissa was dating his brother Juan Pablo Penaloza.

In different opportunities Alissa has organized different gatherings with her family where I have been invited and I have had the opportunity to meet and share with her brother Braden.

I have also been many times in Boca Raton, celebrating Thanksgiving Day in the house of Alissa's mother. Usually her brother Braden is there with his wife and son. Braden always help with the chores and organization of those events, and has special details with his family and guests.

I always have seen Braden as a trustable and family person. His behavior with me has been always decent and proper. I constantly hear good comments from his family about him, he is all the time helping them to fix things at home and preparing nice surprises.

If you have any questions, I may be reached at the address and phone number above.

Sincerely,

Karen Lanz



Patrick Bredthauer

Los Parques

Guayaquil

Ecuador

Swiss Passport Nr.

To whom it may concern:

I have known Braden Escobar for more than twenty years and have always experienced that he is a decent and hard working person.

Since his youth he has been passionate for the outdoors and finally transformed this hobby into his professional activity which he carries out with tourists from the USA in various south American countries.

He introduced the catch and release fishing to Galapagos and thus contributed to the preservation of nature.

Braden is not the "administrator" type and has been lucky to find a spouse who takes care of the invoicing, bookkeeping and regular administrative preoccupations which his activity entail.

His wife and son are actually enduring hardships since the income of the family depends on the activity carried out by Braden. I am really very preoccupied for them and the future of a young man who from my experience would in no way intentionally cause harm.

Best regards,


Patrick Bredthauer

MARIA AUXILIADORA SORIA ESTRADA

COLINAS DE LOS CEIBOS . CIRCUNVALACION Y SEPTIMA

GUAYAQUIL- ECUADOR

5934 2853344


JUDGE DANIEL T.K. HURLEY

UNITED STATES COURTHOUSE

701  CLEMATIS STREET

WEST PALM BEACH FLORIDA

33401-596

RE: Character Witness letter for case No. 13-60222 United States of America Vs. Braden Jairo Escobar.

Honorable Judge Hurley:

I have been acquaintance with the Escobar family since the year two thousand when I became friends with Alissa Escobar, sister of Braden Jairo Escobar.  Alissa is to this date, one of my closest and dearest friends.

Trough my friendship with Alissa I have seen Braden occasionally within all these years, and always perceived him as a loving brother, hard working man. He got married some years ago and then became a good husband to his wife Mary and then a great caring father to his little boy.  Always calm guy, always peaceful, always open to help others with a smile on his face.

 In one occasion we were on vacation and  my husband had to drive at night from Miami to Orlando. He became really tired in the middle of the night and Braden was at his mom´s and he woke up and took my husband in and offered him shelter. I also know that for some time he has been involved in  the field of bio remedy I the hopes o making this a better planet.

That's all I have to state in honor to the truth

Andrea Hurel Nacer
Km 14.1 carretera a El Salvador, interior de Puerta Grande casa 29. Guatemala City
(502) 55125296


Honorable Juez Hurley:


Mi nombre completo es Andrea Hurel Nacer, esposa, madre de tres hijos y ama de casa a tiempo completo. Por motivos de trabajo de mi esposo he vivido en Panama y actualmente vivo en la ciudad de Guatemala.


Conocí al Señor Braden Jairo Escobar cuando yo tenía tres años de edad, en la actualidad tengo 32. Fuimos vecinos durante aproximadamente 20 años.


Braden se caracterizó siempre por ser un hijo, hermano, amigo, vecino amable, colaborador, leal, protector. Lo conozco tanto a él como a su familia y puedo dar fe de que son excelentes personas y ciudadanos.


Como vecina y amiga de su hermana menor, compartí muchos momentos junto a Braden y su familia, repito siempre un buen hijo, hermano, amigo, ciudadano y desde hace unos años, esposo y padre. Siempre apoyando y dando su mano a quien lo necesite, siempre dispuesto a ayudar y colaborar en lo que se le pida.


Sinceramente,


Andrea Hurel de Teran

## A QUIEN CORRESPONDA

Por medio de la presente certifico conocer al Sr. Braden Escobar Hayduk, con quien he compartido más de 15 años, como amigo y compañero de trabajo, tiempo en el que siempre ha demostrado ser una persona sumamente seria, trabajadora, honrada y recta en sus negocios, tanto públicos como privados.

Braden es una persona íntegra que posee facilidad para hacer negocios y relacionarse en cualquier medio de trabajo.  Es muy entusiasta, además de Gerente o Jefe, suele dar confianza y buen trato a sus empleados.  Es un ser hombre leal y sobre todo justo en el momento de cerrar cualquier negocio.

Me gustaría referirme en lo personal catalogándolo como un gran ser humano, es un excelente padre, esposo, y un pilar importante en su familia, quienes dependen de él y por quienes ha alcanzado los logros que tiene en su vida.  Es un hombre sincero, honesto, y sobre todo limpio de corazón.  Que Dios sepa favorecerlo en todo sentido, porque nunca hizo mal a nadie.

Espero pronto se aclaren las cosas y pueda regresar con su familia, amigos y compañeros, porque el puesto que el ocupa en su lugar de trabajo es insustituible e indispensable para que la empresa y su familia puedan salir adelante.

Que el Señor ilumine la mente de las autoridades para que puedan ver la calidad humana que tiene Braden.

Sin más que decir, quedo de ustedes.

Cuenca, octubre 10 del 2013

Atentamente,

César Segarra Espinoza

Telf. +593-9-8-4873255

Checho_270win@hotmail.com

**CLUB DEPORTIVO ESPECIALIZADO FORMATIVO**
"HUNTERS"
FUNDADO EN ABRIL DEL 2013

# CERTIFICADO

Cuenca 10 de octubre de 2013.

Yo Cesar Segarra E. presidente del club Formativo Especializado de Tiro "Hunters" Certifico que el SR. BRADEN JAIRO ESCOBAR HAYDUK con ci. 09013716502 domiciliado en la ciudad de Guayaquil, consta como miembro y socio fundador y consta en los registros de nuestro club desde el 22 de Abril del 2013 y se encuentra al día en sus pagos, ya ha demostrado ser una persona recta, y además de una acrisolada honradez, tanto en sus actos tanto públicos como privados, no ha dado de que hablar en su comunidad, lo cual autorizo al mismo hacer uso del presente certificado en cuanto convenga a sus intereses.

Eso es doto en cuanto al honor y la verdad puedo decir.

Atentamente

**CESAR SEGARRA ESPINOZA**
**Presidente Club Hunters**



**LUDANMAS** OBRAS Y PROYECTOS S.A.

**SOLUCIONES PERMANENTES A PROBLEMAS RECURRENTES**

TECNOLOGIA VETIVER, ESTABILIZACION DE SUELOS, TALUDES, TRATAMIENTOS DE AGUAS, MITIGACION AMBIENTAL, MOVIMIENTOS Y REPARACION DE SUELOS

Guayaquil, 9 de octubre de 2013

Estimados Señores:

Por medio de la presente expongo brevemente una reseña de la excelencia de ser humano que es el señor Braden Escobar Hyduck, ciudadano con C.C 091371650-2.

Conozco a Braden Escobar desde hace cinco años, dando fè de que es una persona íntegra, responsable, de buenos principios, muy sociable.

Como Jefe de nuestra empresa Ludanmas Obras y Proyectos S.A, es una persona que ha demostrado seriedad, confianza, es muy comunicativo, sabe escuchar, siempre está al pendiente de lo que necesitan los trabajadores y está presto a ayudar en lo que necesitan.

Como anécdota reciente, destaco un hecho que recientemente nos sucedió en la oficina.

Normalmente en oficina nuestro horario de comida es tipo 13:00 pm, ese día no queríamos que transcurriera el tiempo porque resulta que no había dinero en caja para poder salir a comer y para variar eran esos días que se acercaban a quincena donde ya llegábamos con las completas a cobrar. Tanto fuè el ruego a Dios que nos cayera una luz de esperanza que se hizo realidad. Ese día Braden apareció por la oficina entrando alegremente como siempre y diciendo" Bueno Albita hoy es martes loco así que por favor llame y pida pizza" Mi amigo y yo nos miramos y pensando lo mismo en nuestras mentes solo dijimos" Gracias Dios y gracias a usted Braden por haber caído como ángel del cielo"

Puedo seguir explayándome en contar cosas y describiendo la calidad de ser humano que es Braden Escobar pero en resumen destaco que es de aquellas personas cuyo corazón es tan transparente como un cristal.

Muy Atentamente

Alba Cotapo
Ing. Comercial
C.C 0923556617

To Whom it May Concern:

I have known Braden Escobar in a variety of capacities for many years. He has been a friend for the past several years. In addition, he works in his own business where he is responsible for the success of his company

As something special he had written and has being editing articles with website content regarding his work, which is fishing in Galapagos island in Ecuador

I can say that Braden is organized, efficient, extremely competent, and has an excellent rapport with people of all ages, his communication skills, both written and verbal, are excellent.

In summary, I highly recommend Braden as a very good person

If you have any questions, please do not hesitate to contact me.

Sincerely,

Carlos Iturralde C

Carlos Julio Penaloza Yepez
2740 SW 28 Terrace # 304.
Miami, FL 33133
Telephone # (786) 8771822

Judge Daniel T. K. Hurley
United States Courthouse
701 Clematis Street
West Palm Beach, Florida
33401-5196

RE: Character Witness Letter for Case No. 13-60222 United States of America v. Braden Jairo Escobar

Honorable Juez Hurley:

Mi nombre es Carlos Julio Penaloza Yepez, Pasaporte Americano # 461848899 y Licencia de conducir de Florida # P542-110-74-087-0 (adjunto encontrara copia de mi pasaporte y licencia de conducir). Actualmente trabajo como vendedor asociado para la compañía Ultralat Capital Markets.

Conozco a Braden Escobar por más de cinco años, mi hermano Juan Pablo Penaloza Yepez se encuentra actualmente casado con su hermana  Alissa Penaloza (nombre de soltera Alissa Escobar).

Yo he tenido la oportunidad de compartir con Braden en diferentes reuniones y ceremonias familiares, como por ejemplo en el matrimonio de Alissa y Juan Pablo. Mis padres han invitado a Braden y a su esposa a pasar  navidades y compartir barbacoas con nosotros. Yo también he sido invitado a celebrar el Dia de Accion de Gracias en la casa de la mama  de Alissa  en Boca Raton y su hermano Braden ha estado allí ayudando y siendo anfitrión en la celebración.

En el matrimonio civil de Alissa y Juan Pablo en New Orleans, Braden  me  busco y me llevo al aeropuerto y fue muy amable conmigo durante mi estadía.

Si tiene  alguna pregunta o requiere de alguna aclaratoria  me puede contactar en el teléfono o dirección mencionada al inicio de la presente.

Atentamente,

Carlos J. Penaloza  Yepez

Honorable Juez Hurley:

Soy el general retirado Carlos Peñaloza, ex Comandante del Ejercito de Venezuela entre 1989 y 1991. Soy ciudadano norteamericano nacionalizado y he residido ininterrumpidamente en los EEUU en los últimos 22 años. Actualmente vivo en 3007 De Soto Boulevard, Coral Gables Fl 33134.

Me dirijo a Ud con el objeto de hacer algunos comentarios personales sobre el joven Braden Escobar, quien es cuñado de mi hijo Juan Pablo Peñaloza. Conocí a Braden en el año 2002, a través de mi nuera Alisa Escobar, quien es su hermana menor. Alisa es norteamericana y reside en Coral Gables. Para entonces Alisa y mi hijo estudiaban en la Universidad de Miami y al graduarse se casaron.

Por mas de una década he conocido a Braden con quien me he reunido familiarmente en muchas oportunidades. Puedo dar fe que es un joven sano, emprendedor y serio. Jamás lo he visto involucrado en actividades ilegales o indebidas. Lo considero una persona correcta y honorable preocupado por ayudar a otros a salir de la pobreza en los EEUU y en Ecuador.

Gracias por escucharme.

Gen Carlos Peñaloza
genpenaloza@gmail.com
@genpenaloza
305 407 9030

## A QUIEN INTERESE

Yo, Gema Rea de Segovia, con cédula de identidad No 1703990331, muy respetuosamente ante usted expongo que conozco desde hace más de 10 años al Sr. Braden Escobar, quien es mi yerno, una persona muy querida, casado con mi hija Mery Segovia Rea, y padre de mi nieto Franco Mattías, a quien ha criado con unos valores excepcionales, lo que dejan ver en él la calidad de persona que es.  Un hombre merecedor de toda mi confianza y respeto.  Valoro mucho lo espiritual que es y cómo en cada reunión agradece a Dios por los alimentos, la salud de la familia y por mantenernos unidos.

Braden no es sólo el esposo de mi hija, sino un hijo más para mí, él sabe el profundo amor que le tengo y esto es debido a la calidad de persona que es, también es muy querido por mi madre, mis hermanos y sobrinos, incluso ha sido muy merecidamente, elegido Padrino de mi sobrino, rol que ha sabido desempeñar muy bien.

Braden es un hombre muy bueno, con un gran corazón, presto a ayudar siempre en lo que se le pida, en el siempre encontramos un apoyo.

En nuestras oraciones lo tenemos siempre presente y lo único que pedimos todos los días, es que Dios lo traiga de regreso a casa, mi hija y mi nieto lo necesitan mucho.

Atentamente,

Gema Rea de Segovia

Telf.   +593-9-81246989

Guayaquil-Ecuador

A QUIEN INETRESE

Por medio de la presente doy fe de que conozco desde hace aproximadamente 10 años al Sr. Braden Escobar Hayduk, quien está casado con mi hija Mery Segovia Rea desde hace más de 7 años, y con quien tiene un bello hijo de 3 años de edad.  En todo este tiempo he sido testigo de la linda familia que hacen y el amor que se tienen el uno por el otro, sobre todo Braden, siempre ha demostrado ser un padre y esposo amoroso, de lo cual estoy tremendamente agradecido con el y con Dios por haberlo traído a esta familia.

Braden, mi yerno, es un hombre ejemplar en sus actos, siempre ha demostrado ser una persona de muy buenos sentimientos, muy desprendido, incluso como suegros de él nunca nos ha faltado su apoyo, compañía y ayuda en los momentos que más la hemos necesitado.

He compartido con Braden gratos momentos en familia y también pescando... su mayor pasión.  Es una apasionado por la vida y en sus acciones.

La bondad de su corazón dejan ver a una persona totalmente desinteresada y altruista, sus acciones son las de un hombre de bien, como esposo y padre lo he visto desempeñarse con mucha responsabilidad, por todas sus cualidades  siempre se ha hecho merecedor de mi confianza y admiración.

Todos en mi familia esperamos que Braden salga delante de este difícil momento, porque es un hombre de bien y muy querido por todos.

Es todo cuanto puedo decir en honor a la verdad.

Autorizo se haga utilidad de este certificado como mejor convenga a sus intereses.


Muy atentamente,



Luis Segovia Bedón
C.I. 0500237052
Telf. 0982752674
Chulapi80@hotmail.com
Guayaquil-Ecuador

To whom it may concern  i  have known Braden escobar  since 2008  I have fished with him and have enjoyed his company,  braden is  a good person and will go out of his way to help people.  He loves  his wife  and young son more than  anything. Thanks  Pete Santini

Boston
603-538-6436