Estimado Juez,

Yo conozco a Braden desde Noviembre del 2009. Mi padre, mi padrastro y mi madre también lo conocen. Braden es bondadoso con sus amigos y con las personas que menos tienen. E visto como les da posada a personas paupérrimas en su casa para dormir y comer.

Braden no tiene codicia, cualquier cosa que haya hecho infringiendo la ley no fue motivado por dinero. Él es una persona pacifica porque nunca ha comenzado una discusión. Inclusive es conciliador en problemas familiares. En un ejemplo al cual fui testigo ayudo a resolver un impase entre su padre y madrastra.

Varias veces me ha invitado a su casa a eventos familiares. Es un buen anfitrión. Hace invitaciones de sus amigos y familiares a su casa y está pendiente que cada uno de ellos este bien atendido.

Y en lo más importante puedo dar fe que Braden es un buen padre. Él siempre está pendiente de Matías Franky. En un gesto típicamente de Braden, el nombro a Franky en honor a su abuelo de lado de madre.

Carla Pérez
(Prometida de Brent Escobar)
Calle Séptima Lomas
Guayaquil, Ecuador
+593984933019
Corporate Sales LAN Airlines

INSTITUTO DE INVESTIGACION DE CIENCIAS DE LA CONDUCTA

CLINICA DE REPOSO " RENACER "

Barrio del Centenario: El Oro 811 y 6 de Marzo - TELEF. 2444195 - E-mail: renacer@telconet.net - GUAYAQUIL-ECUADOR

DR. SALVADOR PERALTA PEREZ
DIRECTOR



Guayaquil 8 de Octubre del 2013

CERTIFICACION

A quien pueda interesar:

Yo, Dr. Salvador Peralta Pérez, con CI 0902646124, certifico conocer al Sr. Braden Jairo Escobar desde hace 25 años aproximadamente, con quien comparto aficiones como la pesca y la cacería deportiva. Con Braden mantengo una muy buena amistad y aprecio en el su proceder honesto y su carácter desinteresado, siempre dispuesto a ayudar, compartir su experiencia y enseñar a los que de él algo necesitan.

Es una persona respetuosa de su hogar y dedicada al cuidado de su esposa e hijo a quienes ama profundamente. Siempre ha sido muy trabajador y responsable en su negocio de turismo y de pesca mayor, logrando que en las islas Galápagos se practique la pesca de "cacht and release" para disminuir la depredación de los peces.

Es todo lo que puedo informar en honor a la verdad.

Dr. Salvador Peralta Pérez
MEDICO PSIQUIATRA
Reg. MSP Libro VI Folio 1647 Numero 4755
Reg. INH 89-03-568-08
Reg. Senescyt 1006A-10-2455

Dr. Salvador Peralta P.
Médico Psiquiatra

# ROGER RAMÓN AROSEMENA BENITES
## ABOGADO

## CERTIFICADO

Por medio del presente Certifico conocer al señor Braden Escobar desde hace más de veinte años, lapso que me permite asegurar que se trata de una persona correcta, honorable, responsable y fiel cumplidora de sus obligaciones.

Por lo expuesto estoy dispuesto a darle la oportunidad de trabajar en mi empresa cuando lo requiera.

Autorizo al señor Branden Escobar hacer uso del presente certificado como mejor convenga a sus intereses.

Guayaquil, Octubre 14 del 2013

Ab. Roger Arosemena Benites
C.C. 090250350-7

9 de Octubre 109 y Malecón 1er piso of. 9
Teléfono: 04-2534000    Móvil: 09-94501994
E-mail: roger.arosemena@yahoo.com
Guayaquil - Ecuador



Guayaquil, 18 de octubre del 2013

A quien corresponda:

Doy testimonio de conocer al Sr. **Braden Jairo Escobar Hayduk** quien es una persona confiable con un alto sentido del honor, amable y presto a ayudar a los demás, de carácter tranquilo y empático, además un excelente deportista, y en general una persona de valores y gran calidad humana.
Cualquiera que pase un tiempo con Braden especialmente si es un viaje, aprende rápidamente que es un hombre que prefiere estar frente a la computadora hablando con su esposa Mery y su pequeño hijo Franky (los que en definitiva son el gran pilar de su vida) en vez de salir de fiesta; incluso si esta en medio del desierto se las arregla para llamar a su casa y leer alguna noticia de EEUU.

Como compañeros de negocios hemos viajado miles de kilómetros a través de sud américa y es admirable como en cada zona siempre Braden está buscando la forma de aplicar alguna tecnología ecológica o alguna forma de turismo que promueva la conservación natural, uno puede ver ahí que Braden no trabaja solo por dinero, sinó, por un sincero interés en preservar y usar experiencias americanas de éxito, ayudando a desarrollar países en crecimiento de Sudamérica.
En resumen Braden es una gran persona que cree en el ser humano, a su vez es muy confiable ya que no obra con malicia, es un hombre grande con alma de niño, gran trabajador, amante de su familia, su país y la naturaleza.

Atte.

**Miguel Percy Pacheco Gozalvez**
**Cédula: 29717523**
**GERENTE COMERCIAL**

Urb, Sidumss Sur  Álamos 221  Cochabamba-Bolivia  +591-77997000  Ecuador +593-969599917
Perú +51-959527776
www.electech-srl.com
mpacheco@electech-srl.com   info@electech-srl.com

ELECTECH SRL.   CON EL RESPALDO DE LUDANMAS OBRAS Y PROYECTOS S.A

## CARTA DE RECOMENDACIÓN

Yo, <u>Libia Escobar viuda de Acevedo</u>, Tía Carnal de Braden J Escobar, puedo certificar ante cualquier autoridad que lo conozco desde que nació y que es una persona muy correcta, amable, sencilla y que siempre lo he visto obrar de muy buena fe.

A Braden desde los ocho años de edad le ha gustado siempre la pesca y la cacería como su mayor hobbie y trabajo. El hizo su carrera universitaria en USA, sin embargo puso su propia empresa de turismo en el ECUADOR, promoviendo la pesca y cacería en los mercados Americano, Europeo Y Sudamericano.

A mis 76 años de edad, doy fe que Braden J Escobar es una persona honorable y correcta, dedicado a su hogar y a su prójimo.

Atentamente

**LIBIA ESCOBAR DE ACEVEDO**
C.I# 090881014-6
Dirección: Gregorio Munga N39-162 y Av. Gaspar de Villarroel, Batan Bajo
Teléfono: 593 2445786
Teléfono Celular: 0993505004
Quito - Ecuador

Guayaquil, 4 de Noviembre 2013

A QUIEN INTERESE

Por medio de la presente, dejo constancia que conozco desde su infancia a Braden Escobar. Viví con mi familia en el mismo condominio que sus padres en Ecuador. Braden siempre demostró ser una persona de sentimientos muy nobles, y sobretodo, comprometido y amante de actividades relacionadas con la naturaleza.

Atentamente,

María Isabel de Bredthauer

**MARIA DE LOURDES MARIN**
INGENIERO CIVIL
RUC#0917827404001

Los Olivos II, Mz9A - S8
Tlf: 2856697
GUAYAQUIL

Guayaquil, 17 de octubre de 2013.

### CERTIFICADO

Por medio del presente certifico conocer al Ingeniero Braden Jairo Escobar Hayduk, CI 047079547, ya que desde el año 1999 ha sido un amigo cercano de mi familia.

Puedo asegurar que en el tiempo que he conocido a Braden ha demostrado su amistad incondicional hacia mi familia, así como sus cualidades de respeto, generosidad, y estima.

Faculto al interesado a hacer uso del presente de acuerdo a sus intereses.

Atentamente,

*[signature]*

Maria de Lourdes Marín Vera

# CERTIFICADO

Por la presente, **CERTIFICO** conocer al Sr. Braden Escobar y ser su amigo desde que era pequeño.

Soy amigo de su Padre desde la infancia, por lo tanto soy fiel testigo de la gran calidad de persona que Braden es. El alto grado moral de El y de su familia está en lo más alto de la escala, sin mancha ni sospecha. Toda mi vida he sido bendecido del cariño y respeto de toda la familia Escobar, especialmente de Braden.

La educación, moral y carácter de Braden es de lo mejor, gracias al esfuerzo de sus Padres y de el mismo.

Como pocos Braden es inteligente, bondadoso, afectivo, bueno, buen Padre, buen esposo, servicial y dedicado así como cometido a su trabajo que es a la vez su vida.

Desde muy pequeño le fascinó la pesca y la caza a tal punto que lo ha hecho su profesión.

Actualmente maneja su negocio de turismo deportivo en las Islas Galápagos, donde es muy cotizado y apreciado, especialmente por su don de gente y su bondadosa apertura hacia los seres humanos.

Braden puede cometer errores al igual todos nosotros, pero estoy ciento por ciento seguro que de haber sido así, indudablemente es un error de buena fe.

Autorizo a Braden Escobar a hacer uso de esta certificación como el mejor lo crea.

LO CERFIFICO

Mario Roseney

Direccion: Calle 3ra # 209 Los Ceibos, Guayaquil

Telefomo: 593 992009777  email: mroseney@gmail.com

C.I. 09-03941979

Guayaquil, Octubre 13 del 2013

**A QUIEN INTERESE**

Certifico conocer desde el año 1.999 al Ing. Braden Jairo Escobar Hayduk Pasaporte 047079547, tiempo durante el cual ha demostrado ser una persona sincera, generosa, honorable y responsable.

Cabe mencionar que en las Islas Galápagos tuve una de las mejores experiencias de mi vida pescando junto a Braden, quien siempre me brindó su amistad desinteresadamente.

En momentos difíciles en el ámbito laboral el siempre me extendió su mano.

Autorizo se haga uso de este certificado de la manera mas conveniente.

Atentamente,

Cap. Isaac Marín Vera
C.C. 0912938362

*Lino Iemi*

## Lino Iemi / Braden Escobar

Io sottoscritto Lino Iemi, nato a Mese a Sondrio, in Italia il 04/07/1941, residente in Via Stelvio n.4 a Triuggio (Mb), in Italia, passaporto n. Y397801 (copia allegata), dichiaro quanto segue:

Conosco Braden Escobar dalla sua nascita essendo stato residente in Ecuador per 25 anni e amico della famiglia Escobar e socio d'affari del padre Gilberto.

Braden Escobar fin dall'infanzia ha sempre dimostrato una grande sensibilità verso la natura e ha coltivato una grande passione per la campagna, la pesca e l'esplorazione. La sua caratteristica saliente è la tenacia e la trasparenza in ogni sua azione.

Ho continuato a mantenere i contatti con la famiglia Escobar e con il fratello e la sorella di Braden e posso affermare che tutti loro sono un esempio di rettitudine, di onestà e di amore verso il prossimo. Ho avuto anche il piacere di ospitare Braden in Italia e le mie figlie lo hanno accompagnato a visitare le maggiori città storiche italiane e hanno sempre avuto nei suoi confronti parole di considerazione constatando la sua trasparenza e bontà d'animo.

Conosco le sue attività atte a migliorare i territori e a rispettare la natura, anche attraverso bonifiche di terreni pericolosi situati nelle periferie delle città, e che hanno rappresentato per anni pericoli per la popolazione.

La mia profonda conoscenza di Braden mi autorizza ad affermare che è una persona assolutamente seria, di grande rettitudine e spessore morale, e sotto la mia responsabilità sarei onorato di poterlo avere come collaboratore nelle mie imprese, collocate in Sud America, in Italia o in Marocco, in quanto sarebbe prezioso e affidabile sotto ogni aspetto.

Rilascio questa dichiarazione assumendone ogni responsabilità sulla sua veridicità.

In fede
Ing. Lino Iemi

Milano lì 17/10/2013

## Lino Iemi / Braden Escobar

I, the undersigned Lino Iemi, born in Mese in Sondrio, Italy on July 4, 1941, resident in Via dello Stelvio no. 4 in Triuggio (Mb), in Italy, passport no. Y397801 (copy attached), I declare as follows:

I know Braden Escobar from his birth, resident in Ecuador for 25 years, and I am a family friend of the Escobars, and business partner of his father Gilberto.

Braden Escobar, since his early childhood has always shown a great sensibility toward nature and has cultivated a great passion for the countryside, fishing and exploration. His main characteristic are the tenacity and transparency in every action he makes.

I have continued to maintain contacts with the Escobar's family, especially with his brother and his sister, and I can say that all of them are an example of righteousness, honesty and love for others. I also had the pleasure to host Braden in Italy and my daughters have accompanied him to visit the major historical italian cities and have always had words of good consideration of him, noticing his transparency and goodness from his soul.

I know his activities aimed at improving the territories and to respect of nature, even through reclamation of dangerous land located on the outskirts of town that have represented a danger for the population for years.
My deep knowledge of Braden allows me to say that it is an absolutely serious person, of great rectitude and moral depth, and under my responsibility I would be honored to have him as a collaborator in my businesses, located in South America, in Italy or in Morocco, he would be valuable and reliable in every aspect.

I release this statement assuming any responsibility on its veracity.

In faith
Ing. Lino Iemi

Milan, october 17, 2013

056



Guayaquil, October 16th 2013.

To Whom It May Concern.-

My name is Guido Alfonso Buchelli Cerón, I am from Ecuador. I was born on December 2nd, 1988; identification # 0920188273-5. I affirm that Braden Escobar is a great person and it seems very unfair what he is going through. He has a great heart, he is humane and honest. I know him since I was a 10 year old boy; I practically grew up with him. I have a lot of great anecdotes with Braden. I consider him my truly friend and father, I learned many things from him; all of them positive. When I lost my arm, 6 years ago, he helped me to get trough that experience; he gave me great moral support.

Besides all, Braden and I share a hobby, fishing. Most of the best and impressive moments in my life were in his company. He is my great good friend; a true and honest person.

Sincerely yours,

Guido Buchelli C.

C.I. # 0920188273-5

Phone +593-9-97193371

guidobuchelli88@hotmail.com

Guayaquil-Ecuador

# CERTIFICADO

Yo, Deybi Oswaldo Guanoluisa Nole de nacionalidad ecuatoriana con C.I. 0919437160, certifico conocer al Sr. Braden Escobar Hayduk y recomendarlo como una persona que goza de toda mi confianza.

Conozco a Braden desde hace ya 6 años tiempo en el cual comenzó una relación comercial y me demostró ser una persona trabajadora, emprendedora, responsable y honesto. Con el pasar del tiempo se fue construyendo una buena amistad, en más de una ocasión me hizo favores, demostrando siempre su generosidad y desprendimiento.

Hubo momentos en los que mi situación económica no estaba tan bien por lo que me veía en la necesidad de pedirle pagos anticipados de los trabajos que le realizaba a Braden y el sin dudar un solo instante lo hacía de una manera tan humana y de buen corazón por lo que estoy muy agradecido por la ayuda en esos momentos tan difíciles que pase.

Tuve la oportunidad de conocer las islas Galápagos con los gastos pagados para cubrir los tours de su negocio, hermosa experiencia que nunca olvidare.

Esto es en síntesis de la relación de negocios y amistad que mantengo con Braden Escobar, una persona que siempre ha cumplido con su palabra y se ha comportado de una forma honesta y transparente. A quien me uno en esta difícil situación que está pasando.

Atentamente,

Deybi Guanoluisa
C:I.: 0919437160
Movil: +593-9-89268300
Mail: Dav_gu@hotmail.com
Guayaquil - Ecuador

# Braden Escobar Reference Letter

From: **Maria Mercedes Acevedo Escobar** (mmaeco@hotmail.com)
Sent: Tuesday, October 08, 2013 6:26:43 PM
To: Sandra Escobar (eastboca@att.net)

Braden Escobar Reference Letter

Quito, October 8, 2013

## English Version
## TO WHOM IT MAY CONCERN

I, Maria Mercedes Acevedo, am first cousin to Braden Jairo Escobar. We are the same age so I have known him for 39 years.
We spent a lot of time together as children and remain very close.
My mother and I see Braden, his wife, Mery, and their son, Franky as often as possible. We moved to Quito
recently and they all visit us for weekends.
He is very loving and kind with his family and enjoys taking them to see the sites here in the mountains. He is patient and quite a happy person.
Braden Escobar is an honest, very correct, hardworking man. He is good at dealing with people as he has a very pleasant personality.
Sincerely.

Maria Mercedes Acevedo
CI # 0916771009
Email: mmaeco@hotmail.com
Mobile: 593 991817183
Quito - Ecuador

October 9, 2013

Tony Ludovico
PO Box 10303
Tampa, FL 33679
(772)-204-6367
tonyblueh2o@yahoo.com

To Whom It May Concern:

    I am Tony Ludovico, one of Braden Escobar's clients. Ten years ago I met Braden on a fishing photo shoot in the Galapagos and Ecuador where he was my guide. Since then I have seen Braden several times both as his client and friend and am correspond with him often. In fact, I am supposed to spend the entire month of March with him in the Galapagos Islands.

    My impression of Braden is that he has always been very professional with his clients, courteous and efficient. His ethics are unquestionable. Braden always went out of his way to ensure my comfort and ability to perform my job. He would stop along the way to pick up trash from the water and always used the best equipment to prevent pollution. He is very conservation conscious.

    If there are any questions, feel free to contact me by phone or email.


Best Regards,


Tony Ludovico



# HORIZON PLUMBING
### LIMITED

2706 W. Pioneer Pkwy
Arlington, TX 76013
Phone (817) 461-1117
Fax   (817) 461-1199

License #M9804

October 16, 2013
John Bookout
3107 Sunny Meadows Ct.
Arlington, TX 76016

To whom it may concern,

I have known Bradon Escobar for four and half years from a business standpoint. During that time I have found him to be of impeccable character. He had always honored his commitments both to me and other customers of his that I have had the pleasure to meet. In several instances where circumstances didn't allow for travel, Bradon allowed us to rebook and credited our full deposit the following year. He goes out of his way to establish personal relationships with all of his customers. Please write if you have any additional questions.

Respectfully,

John Bookout
V.P. Horizon Plumbing I, Inc.

| | |
|---|---|
| Subject: | Braden Escobar |
| From: | Gerd Ellerbroek (gellerbroek@gmail.com) |
| To: | Richmerlinoesq@gmail.com; eastboca@att.net; |
| Date: | Tuesday, October 8, 2013 10:25 AM |

Gentlemen,
my name is GERD ELLERBROEK, I am a long time client of BRADEN ESCOBAR, fishing with him at the Galapagos Island of San Cristobal for some 10 years almost without interruption. I´m a German and Venezuelan citizen, living most of my life in Caracas, my personal sporting interest is focused at open water fishing.
With regard to Braden, whom I have known for some 10 years, together with his lovely wife Mery, I herewith confirm that I have no doubts whatsoever about any legal activities Braden is exercising. Apart from fishing I have seen pictures and heared stories about Braden´s hunting excursions in the interior of Ecuador and surrounding countries, although hunting is of no interest to me.
I write this information based upon a request from his legal advisers, due to an obvious problem he has recently encountered. I sincerely hope this and other references might clarify and set free Braden, with whom I have already contracted another great fishing experience for next year.
Sincerely, Gerd Ellerbroek
GELLERBROEK@GMAIL.COM

Subject: Character Witness re Braden Escobar
From: Sandra Escobar (eastboca@att.net)
To: eastboca@att.net;
Date: Tuesday, October 8, 2013 9:08 PM

I have known Braden for over twenty years through his mother Sandra, and were all brought up in a loving Christian church going family.  He was always a very happy young man with a lovely wife and his son Frankie whom is the apple of his eye.  Braden loves his fishing business and is always happy to be around the tourists.  I am old enough to be his Grandmother and always makes me very comfortable when I am around him.  He is a very honest and caring young man and so is the rest of his family.   He has volunteered in several political campaigns and always votes.
Sincerely   Norma Robinson Rochwarger, Palm Beach Gardens, Florida.
561-691-1906
1033 Vintner Blvd.
Palm Beach Gardens, Fl, 33410

To Whom IT May Concern:

I am writing this to convey my knowledge and feelings toward Braden Escobar. I am Braden's 64 year old tia (aunt). I have known Braden since he was born. As a small child he came to live with me and my 2 children for one year while attending Lutheran grammar school. He never gave me one day of trouble. He and my son are close in age and enjoyed each other's company. After one year he returned to Ecuador. Two years later my son and I went for a visit to Ecuador to spend more time with Braden and his family. He would come to New Orleans every summer to visit his grandmother and grandfather and us of course. Many times he went fishing with his grandfather in New Orleans. I think that is where his love began with hunting and fishing. We always enjoyed his visits with us.

Braden graduated from LSU Baton Rouge while continuing hunting and fishing. He became very good at it. This is probably why he developed his tour business taking people from all over the world hunting in Peru and fishing in the Galapagos.

Braden has never been in trouble and never been arrested. He has a beautiful wife and small son. He is a great father and always sends me pictures of him and son (Frankie) playing, swimming, and fishing. I am sure this child is missing his father very much because they are so close. What a pity to separate these two for a misunderstanding.

When Braden's sister was married in New Orleans three year ago, he went out of his way to chauffer people to and from the airport while staying at my house. He is loving, understanding, intelligent, and very respectful of people's age.

I hope Your Honor you will take all of this into consideration with a speedy return to his loving family.


Sincerely,


Peggy Maxwell

308 Lilac Street

Metairie, LA  70005

504-830-7874

mark johnson <marknjohnson_77@yahoo.com>
Braden Escobar
October 14, 2013 5:40 PM

To Whom It May Concern,

My name is Mark Johnson. I live in Splendora Texas. I work for the Federal Government as a supervisor in the Houston Air Traffic Control Center. I have been employed in this capacity for over thirty years. I like to spend my vacation time traveling to hunting and fishing destinations. I have been fortuate enough to have done this in many places around world. Braden Escobar is one of the best outfitters I have used.

I met Braden Escobar a few years ago, when some friends and I, used his services to fish for Marlin in the Galapageos Islands. During that trip we discussed bird hunting possibilities in South America, as that has been something on my bucket list.

Our fishing trip was top notch with Mr. Escobar. He ran a very professional operation. The equipment and attention to detail was outstanding. I found him to be of good character and a stand up guy.

Because this fishing trip was so successful, I had no reservations in booking a bird and sight seeing trip with him to Peru. I had no issue sending him the money for the trip in advance. As I indicated above, I found Braden to be of good character and trustworthy. I went on this trip earlier this year with two of my closest friends.

During my time with Mr. Escobar, I never observed him to do anything inappropriate or of a questionable nature. When I found out he was in some trouble, forgive me for not knowing the details at this time. I found it very surprising. In my experience, he went out of his way to always make sure our permits and licences were taken care of.

Please contact me if I can help further or if you have any questions that I can help with.

Sincerely,

Mark N. Johnson
28397 May Rd
Splendora TX 77372
PH 832-260-1326