UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:   13-60222-CR-HURLEY

UNITED STATES OF AMERICA,
        Plaintiff,
vs.

BRADEN ESCOBAR,
        Defendant.
_____/

## NOTICE OF FILING ADDITIONAL CHARACTER LETTERS

COMES NOW the Defendant, BRADEN ESCOBAR, by and through undersigned attorney, and files this Notice of Filing, to wit:

1. Luis Gilberto Escobar- Brother
2. Gilberto J. Escobar- Father
3. Brent Escobar- Brother
4. Monica P. Escobar, Ph.D.- Cousin
5. Sandra Carolina Moreira Coloma- Family Member
6. Luis Daniel Mascaro Benites-Friend
7. Daniel Mascaro Fernandez Chavez- Friend
8. Captain Jim Hale- Family Friend
9. Luis Segovia Rea- Brother-in-law

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk using CM/ECF and furnished to all parties of record this 26th day of November, 2013.

    Respectfully submitted,

    RICHARD MERLINO, P.A.
    101 N.E. Third Avenue, Suite 1430
    Fort Lauderdale, Florida  33301
    Telephone:  954-467-8989
    Facsimile:   954-745-7698
    E-Mail:   richmerlinoesq@gmail.com


    /s/   *Richard Merlino*
    RICHARD MERLINO
    Florida Bar No.:  0977640