October 20th, 2013

Dear Judge,

      I have known Braden my entire life because he is my oldest brother. Since I was born we have shared memorable moments together, in which I have learned a lot of precious things that have helped me succeed as a person. Since we were kids, as a family, we were taught to love and respect nature. Our father taught us to practice nature related hobbies such as fishing, diving, hunting and sailing with the believe that this recreational activities will keep us away from problems such as alcohol, drugs and other detrimental activities offered by current society. With this conviction we all grew together around nature, especially Braden who makes his life from running a fishing charter and a bioremediation company in Ecuador.

Throughout my life I have learned a lot of things from Braden. For example, while people have the mistaken believe that hunting has a negative impact on nature, Braden taught me the opposite. According to Georgia Department of Natural Resources: "The largest, most successful wildlife conservation program in the world, the Federal Wildlife Restoration Program, is fueled by hunters." (Georgia Department of Natural Resources, 2011)

Undoubtedly, Braden has been a role model for me. Following the passion cultivated by my brother, I was able to earn a scholarship and I am studying Environmental Engineering at the University of Notre Dame, but I can still remember as it was yesterday, when he taught me how to drive after going out for fishing on weekends. Whenever we all went out for quality time, Braden would always drive even if our father was coming with us because he has always been well known to be the safest driver in the family. Since he is the oldest and more patient brother in our family of five, we have all learned to drive from him.

More importantly, Braden taught us a lot of invaluable human skills. I have to first recognize how conservative and close is the society we live in Ecuador to make you understand how humble and compassionate Braden truly is. Ecuador has still a lot of problems with stereotyping and discriminating people because of their background and race. For example, if someone invites non-white people to a social event, the most probable thing is that "High Class People" will not attend the event because it would make them feel uncomfortable. However, every time we were invited to celebrate Thanksgiving or Christmas with a dinner in Braden's house, people from all social classes, backgrounds and races were gathered together to enjoy in his house. Despite he has a really small house; he is one of the persons with the biggest heart I have fortunately met.

Now we were all learning how to be amazing father from him, since he got married seven years ago and brought to the family the most adorable member we have (three year-old Frankie). It breaks my heart and makes me feel so impotent just thinking about the negative impact it has on my family having also Braden away now that I just started college on August. All I wanted to do for break, after working so hard to keep my grades up, was to go back to Ecuador and enjoy another quality time moment with my brothers and young Frankie who was learning to fish before his father was taken away.

I want you to please consider the negative consequences this situation is provoking in the life of my brother and the people around him. If he does stay away, he will loose his life long company

and will not be able to raise young Frankie. His wife and son will loose his moral and economical support. Furthermore, the people who work for him back in Ecuador will also loose their jobs and also will not be able to support their families. If law is for the common good of society, it should not punish or harm, but rather correct and protect.

Despite Braden, my brother, has not been the brightest and best-organized member of the family; he has certainly always been the most responsible in terms of following the law. When I remember my brother, I can't think of someone more distant from being a criminal and closer to being a wonderful human being. Because of this, I wholeheartedly believe that this legal incident must have been a misunderstanding, and I request the freedom of my lovely brother back.

Respectfully,
Luis Gilberto Escobar

202 Carroll Hall
Notre Dame, IN 45656
(786) 527-0939

Hon. Daniel T. K. Hurley
U.S. District Judge
West Palm Beach, Florida
Re: Braden Jairo Escobar Case No. 13-60222

Honorable Judge Hurley:
Braden is our first son and we have been very thankful to God that he gave us such a wonderful child and now a man.
I am 68 years old and Braden has been very close and attached to me. Since he was very little he came with me anywhere that I had to go for work and his school time permitted.
He learned in our house with his mother and me by example. None of us have practiced the bad habits that kids might find themselves addicted to. That also includes my present wife and two children.
He formed his values, principles and personality, to be helpful and good Christian with high moral standards, honesty, respect to others, always ready to help anyone, that needed him.
I am a living case of his good will and love to help me in my good and bad times due to my health.
Among his virtues he doesn't smoked, drink, gamble, be lazy, or get involved in any way, shape or form with drugs, which were our mayor concern during the 70's and 80's. I was very happy to see him interested and practice his hobbies.
After he went to LSU and graduated, he tried a couple of jobs in Florida, but he chose to return to live with us and my new family. His work here and his passion to practice his hobbies were determinant for him to join us and help me whenever we needed him.
His brother and sister love him very much. So do my two young boys whom he takes them fishing for big fish or discovering nature and giving them good advice about school and life at their age.
Braden is a very nice human being, and as many human beings do, he makes mistakes, which he and all of us regret. As his father I know him very well, I am sure that he acted in good faith, never trying to harm anyone and not having any idea that he was going to be breaking the law, which he now realizes and repents greatly.
His wife and 3 year old child, that he adores and he would give his life for, are too high of a price to pay for doing unintentional wrong. He is a nice man that is of much help to society, his workers, his business and all of us instead of sitting in a jail, which I fear could change his character and personality. His 3 year old child and young brothers, that do not understand his fate, are greatly affected by this situation.
We pray to God that he has had enough punishment and the law allow him to have a chance in life and return where he is most needed.
We believe in the justice system as well as United States, where since 1965 I first came to attend college and learned to love the country. I have admired and respected the U.S., so much that all my children are Americans and I am very proud of it.
Respectfully,

Gilberto J Escobar
Ave. Samborondon, Isla Sol V. 27
Guayaquil - Ecuador
593-4-99 389 5297

 

Honorable Daniel TK Hurley
US District Judge
CASE NO. 13-60222
701 Clematis Street, West Palm Beach, Florida

Your Honor,

My brother Braden and I have shared rooms, schools, mechanical malfunctions, disputes and wilderness adventures for over 34 years.

I mentioned mechanical malfunctions because Braden's character shines when difficult, uncomfortable and unpredictable things happen. He is self-reliant, even tempered and seems to thrive in adversity. We've been in situations where Braden and I have had to figure out how to fix something in order to get back home from the middle of nowhere. More to the point, Braden not only finds his way back but he helps others by staying calm while solving the problem in spite of mosquitos, heat, mud, thieves, and adverse conditions.

One example of Braden's well-intentioned but naïve execution was when our father asked for a volunteer to row 200 meters to a shack on the shore with $20 to ask the dweller to sell us limes, butter and fresh seafood. Braden (age 21) volunteered, rowed, and returned with 2 small lobsters, 1 lime, no butter and no change. Immediately, afterwards I (age 16) was sent with $10, and returned with 6 large lobsters, a bag of limes, butter and $2 in change, and the point being that while he volunteers to help out he isn't shrewd.

Examples of Braden's compassionate nature are plentiful as well. Over the years he has stayed in touch and helped former family staff giving ducks and deer. Unfortunately they have passed away and will not be able to offer letters. He is always willing to help with a cookout whether it is by cooking or bringing venison to grill. When his German shepherd died as a kid he cried for weeks. When our Labrador retriever, Snoopy, died we all cried for weeks. Recently when his Jack Russell Terrier died he again was in morning for weeks.

Unfortunately, if he has not been as mindful of export laws as he should have been, it is likely a product of the ease with which one can unknowingly break these laws. Paperwork and clerical discipline are not his strongest traits. This experience will reset his ignorance and disregard dissuading him from making the same mistake again.

Taking a plea bargain in itself is another example of Braden being compassionate, not cunning. It is hard to believe that a jury of his peers would be keen on punishing him with jail time. But because he doesn't want to put our family through a yearlong process he is at the mercy of this sentencing. He is a person who learns from his mistakes. The time he has served is already a severe punishment. Braden, who has lost 20 lbs. in the time he's been incarcerated, is mortified by the possibility of losing his family, business and civil rights.

Calle Fragata 103 y Albatros
Kennedy Norte - Guayaquil – Ecuador
Telf. (593-4) 228-3526 / 228-3661 / 228-3400  Fax (593-4) 228-2051
soluciones@naturalite.biz   -   www.naturalite.biz
Todos los derechos reservados por Naturalite S.A. 2013

 

Personally I think hunting and fishing are boring. My citadine lifestyle keeps me on an organized routine, but Braden lives the lifestyle that you and I can only dream of from our desks, one that would even make Ward Allen envious. Braden is a world renowned fishing, hunting and adventure tour operator. He does what he loves to do in his casual way of doing it. In spite of this Huckleberry Finn innocence he has a stable life and a productive member of society. Braden deserves no more than time served and a good scolding.

Yours sincerely,


Brent Escobar...
23427 Drayton Drive
Boca Raton, Florida
33433

Calle Fragata 103 y Albatros
Kennedy Norte - Guayaquil – Ecuador
Telf. (593-4) 228-3526 / 228-3661 / 228-3400  Fax (593-4) 228-2051
soluciones@naturalite.biz   -   www.naturalite.biz
Todos los derechos reservados por Naturalite S.A. 2013

Monica P. Escobar, Ph.D.
850 Heritage Drive
Weston, FL 33326
October 20, 2013


Honorable Daniel T.K. Hurley
U.S. District Judge
West Palm Beach, Florida

Re: Braden Jairo Escobar Case no. 13-60222

Honorable Daniel Hurley:

I am writing on behalf of Braden Escobar. I have known Braden since he was born, he is my cousin.

Braden is from a very loving and supportive family. He now has a family of his own, a wife and a son. He really loves his son and is a devoted father. He is the sole provider for his family, doing the work he loves, guiding fishing and hunting tours. Braden is a good person, has been kind and sensitive, all the years I have known him. The entire family loves him and is concerned about him. Please know that Braden is a good person and that his family will be there to support him in any way possible.


Sincerely,

*[signature]*

Monica P. Escobar, Ph.D.

# CERTIFICADO

Yo, Sandra Moreira Coloma, con cédula de identidad 092033722-7, certifico conocer desde hace aproximadamente 8 años al Sr. Braden Escobar Hayduk, esposo de mi cuñada Mery Segovia Rea, quien ha demostrado ser una persona honesta, trabajadora, siempre pendiente de su familia.

Dentro del tiempo que llevo conociendo a Braden me he dado cuenta de que es un buen ser humano, buen padre, buen esposo y buen amigo ya que en los momentos difíciles siempre está ahí para darte una mano y una ayuda desinteresada, dado a todas estas cualidades que él tiene, mi esposo y yo decidimos elegirlo padrino de bautizo de nuestro hijo Luis Adrián, ya que sabemos que si algún momento llegamos a faltar, sabemos que Braden le dará el cuidado, cariño y protección que él necesitaría.

Siempre tenemos pendiente a Braden en nuestras oraciones para que regrese pronto a casa y termine este sufrimiento que esta pasado mi cuñada, mi sobrino Mattías y todos nosotros que conformamos esta gran familia.

Atentamente,

Sandra Carolina Moreira Coloma
C.I. 092033722-7
CEL. +593-9-99071898
s.moreira.coloma@gmail.com
Guayaquil-Ecuador

**LUDANMAS OBRAS Y PROYECTOS**

**SOLUCIONES PERMANENTES A PROBLEMAS RECURRENTES**
TECNOLOGIA VETIVER, ESTABILIZACION DE SUELOS, TALUDES, TRATAMIENTOS DE AGUAS,
MITIGACION AMBIENTAL, MOVIMIENTOS Y REPARACION DE SUELOS

Guayaquil, 18 de octubre de 2013

Estimados señores:

Por medio de la presente doy testimonio de conocer al Sr. Braden Jairo Escobar Hayduk por más de diez años, tiempo en el cual hemos compartido momentos muy agradables de recordar ya que lo considero como un hermano.

Describirlo a Braden no tiene complejidad alguna, posee una nobleza única que lo hace diferente a los demás, muy comunicativo, responsable, serio, con una visión única de hacia dónde apuntan sus objetivos.

Experiencias compartidas???... Muchas; dentro y fuera del Ecuador en busca de negocios, así como de viajes vacacionales con su familia y la mía.

Es muy grato compartir vivencias con Braden porque en cada viaje o actividad, siempre queda una buena experiencia ya que el espíritu de superación que posee es único, y su lado humano siempre resalta en las vivencias que hemos compartido.

Agradeciendo la cordialidad prestada.

Muy atentamente,

**Luis Daniel Mascaró Benites**
C.C. 0912014081
CEL.: +593-9-85361015

Ofic. Cdla. Sauces Uno Mz. 21-f Villa 1
Telf. 04-6027137  telefax.6027137  cel. 097-317521, 085-361015

# LUDANMAS OBRAS Y PROYECTOS

**SOLUCIONES PERMANENTES A PROBLEMAS RECURRENTES**
TECNOLOGIA VETIVER, ESTABILIZACION DE SUELOS, TALUDES, TRATAMIENTOS DE AGUAS, MITIGACION AMBIENTAL, MOVIMIENTOS Y REPARACION DE SUELOS

Guayaquil, 18 de octubre de 2013

Estimados Señores:

Por medio del presente escrito doy fé de conocer a Braden Jairo Escobar Hayduk por más de quince años; tiempo en el cual hemos vivido muchas experiencias tanto en lo laboral como en lo personal.

La humildad que posee este hombre es una cualidad única que lo caracteriza como ser humano y por lo cual debo decir que en nuestra familia se ha hecho merecedor de nuestro cariño, considerándolo como un hijo más.

Braden es muy responsable, serio, de mente muy abierta, muy preocupado de su familia, de excelentes principios y moral.

Como socio de nuestra empresa, desde sus inicios mostró siempre responsabilidad y liderazgo en el manejo de las actividades; siempre muy pendiente de buscar mejoras para la compañía, recorriendo así ciudades enteras y países en busca de obras, pero sobre todo con ese interés de servicio que solo él tiene.

Como amigo tiene una reputación intachable, muy leal, respetuoso, y sincero. Hemos vivido muchas experiencias de las cuales puedo mencionar, su alto grado de bondad con los trabajadores más humildes de la empresa.

Muy atentamente,

**Daniel Mascaró Fernández Chávez**
C.C. 170715357-1
CEL: +593-9-93907225
MAIL: mascaro_los_tanques@hotmail.com

Ofic. Cdla. Sauces Uno Mz. 21-f Villa 1
Telf. 04-6027137  telefax.6027137  cel. 097-317521, 085-361015

To whom it may concern,

Hi my name is Captain Jim Hale I live at 8110 sw 108 st Miami Florida. I have lived here for 40 years. I have a successful fishing charter business here in Miami and that is how I met Braden.

I have known Braden since 2003, we have worked together in the fishing charter business in the Galapagos Islands for a few years. During that time I met Braden's family he has always been very close to his family members and relatives. When I was having troubles in my life Braden was always there as a good friend to lend support to me. It is my from my past history with Braden that he has always been a very outstanding and positive member of society always willing to extend a hand and help a fellow fisherman, boaters etc.. In my line of work as a Charter Boat Captain, it is a real pleasure to have met someone like Braden that has had a positive impact on my life and the lives of many people.
I have know Braden only to be a great person and father to his Child and a good husband to his wife.


Best Regards,

Captain Jim Hale

# CERTIFICADO

Yo, Luis Segovia Rea, portador de la cédula de identidad 0916596745, certifico conocer desde hace aproximadamente 10 años al Sr. Braden Escobar Hayduk (esposo mi hermana Mery Segovia Rea), demostrando en todo este tiempo ser una persona de bien, un hombre muy trabajador, responsable y de una conducta intachable.

Me permito decir que mi cuñado es un ejemplo de persona, honorable, generoso, que me enorgullezco de tenerlo en nuestra familia y de que mi hermana y mi sobrino tengan a tan buen ser humano con ellos, quien siempre les ha demostrado su amor y ante todo un alto sentido de responsabilidad.  Debo decir que ahora más que nunca están viviendo un difícil momento, ya que Braden, como todo buen padre es el sustento de su familia y es muy doloroso verlos muy necesitados, no solo de la parte económica sino del amor de padre y esposo, sobre todo mi sobrino, quien extraña mucho a su padre y todos los días ora de rodillas pidiendo que el regrese pronto a casa.

Braden Escobar, es un buen hombre preocupado siempre de hacer el bien a su familia, amigos e incluso a personas que recién conoce, es una persona muy espiritual y por ello se hizo merecedor de toda mi confianza al nombrarlo padrino de mi único hijo Luis Adrián, a quien estoy seguro que de pasarme algo, lo sabrá educar con excelente valores, tal como lo ha hecho con mi sobrino.

A la distancia le envío junto con mi familia nuestros mejores deseos de que el problema por el que está pasando se solucione y regrese pronto junto a su familia.

Muy atentamente,

Luis Segovia Rea
C.I. 0916596745
Telf. 0998156786
luis.segovia.rea@gmail.com
Guayaquil-Ecuador