# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## THE HONORABLE DANIEL T. K. HURLEY

---

Case No. 13-60222-CR    Date: December 18, 2013
(Start Time: 3:25 p.m.)    (End Time: 4:35 p.m.)

Courtroom Deputy: James E. Caldwell    Court Reporter: Tammy Nestor

Language Spoken: English    Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. Braden Jaico Escobar

AUSA: Michael G. Walleisa    DEFENSE COUNSEL: Richard A. Merlino, JR.

TYPE OF HEARING: Sentencing hearing.

RESULTS OF HEARING: After an inquiry, the defendant was sentenced to imprisonment for 36 months; supervised release for 3 years; and a $100.00 Special Assessment.

Misc.: